**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

DEC 1 4 2005

GREENBELT
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney*<br><br>*Deborah A. Johnston*<br>*Assistant United States Attorney* | *400 United States Courthouse*<br>*6500 Cherrywood Lane*<br>*Greenbelt, MD 20770-1249* | *301-344-4433*<br><br>*301-344-4032*<br>*FAX 301-344-4516*<br>*Deborah.Johnston@usdoj.gov* |

December 12, 2005

Hon. Peter J. Messitte
United States District Judge
6500 Cherrywood Lane, Suite 475A
Greenbelt, Maryland 20770

    **Re:    United States v. Dustin John Higgs**
           **Motion for Relief Purusuant to 28 U.S.C. 2255**
           **Criminal No. PJM-98-0520; Civil No. PJM-05-3180**

Dear Judge Messitte:

    On November 28, 2005, the defendant, Dustin John Higgs filed a motion for relief pursuant to 28 U.S.C. § 2255. The petition sets forth twenty five separate claims for relief. At the conclusion of the petition, the defendant requested the court to grant him 90 days to file a brief in support of the petition. The government has no objection to this request. If the court grants the request, the defendant's brief would be filed on or before February 28, 2006. The government requests that the setting of a date for filing of the government's response be deferred until the defendant has filed his brief, at which time the government and the court can reasonably assess the time necessary to prepare an appropriate response to defendant's petition.

    Your consideration of this request is appreciated.

                     Very truly yours,

                     Rod J. Rosenstein
                     United States Attorney

By:
                     Deborah A. Johnston
                     Sandra Wilkinson
                     Assistant United States Attorneys

cc: Maureen Kearny Rowley, Esq.
    Stephen Sachs, Esq.