

U.S. Department of Justice

United States Attorney
District of Maryland
Southern Division

| | | |
|---|---|---|
| Rod J. Rosenstein<br>United States Attorney | 400 United States Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770-1249 | 301-344-4433 |
| Deborah A. Johnston<br>Assistant United States Attorney | | 301-344-4032<br>FAX 301-344-4516<br>Deborah.Johnston@usdoj.gov |

September 29, 2006

RECEIVED IN THE CHAMBERS OF
PETER J. MESSITTE

Hon. Peter J. Messitte
United States District Judge
6500 Cherrywood Lane, Suite 475A
Greenbelt, Maryland 20770

SEP 29 2006

UNITED STATES DISTRICT JUDGE

Re:   United States v. Dustin John Higgs
       Motion for Relief Pursuant to 28 U.S.C. § 2255
       Criminal No. PJM-98-0520; Civil No. PJM-05-3180

Dear Judge Messitte:

During a scheduling conference last May, the court set Monday, October 2, 2006 as the filing date for the government's response to defendant's petition. The defendant's petition in this case is 122 pages in length and is supplemented by a 146 page brief addressing twenty five separate claims. Government counsel have or are presently involved in lengthy multiple defendant trials. In addition, counsel have had to file appellate briefs in several unrelated cases. As a result of government counsel's schedule, additional time is needed to adequately address the defendant's claim. Defense Counsel Michael Wiseman has been contacted and has no objection to the government's request for a thirty day extension.

As a result the government respectfully requests this court to grant it a thirty day extension to November 2, 2006 to file its response in the above captioned case. Thank you for your consideration of this request.

Very truly yours,

Rod J. Rosenstein
United States Attorney

By: _____
Deborah A. Johnston
Sandra Wilkinson
Assistant United States Attorneys

"APPROVED" THIS 29 DAY OF SEPT, 2006.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Michael Wiseman, Esq.
    Stephen Sachs, Esq.