COPY

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2006 NOV 27  A 10: 18 |
| Respondent, | : | Criminal No. PJM-98-0520 CLERK'S OFFICE AT GREENBELT |
| v. | : | Peter J. Messitte, U.S.D.J. ——— DEPUTY |
| DUSTIN JOHN HIGGS, | : | Greenbelt Division |
| Petitioner. | : | **THIS IS A CAPITAL CASE** |
| | : | |

### PETITIONER'S UNCONTESTED MOTION FOR
### AN ENLARGEMENT OF TIME IN WHICH TO FILE
### REPLY MEMORANDUM

Petitioner, DUSTIN JOHN HIGGS, through undersigned counsel, hereby requests a sixty day enlargement of time in which to file a reply memorandum of law.

1.      Petitioner is a death-sentenced federal prisoner.  He filed his Section 2255 Petition on November 28, 2005.  On May 3, 2006 he filed a brief in support of the Petition.

2.      Following requests for additional time, the Government on November 8, 2006 filed its *Motion to Strike and Response* to Petitioner's filings.   Including accompanying exhibits, the Government's filing is over 300 pages long.

3.      Prior to the Government's request for additional time, the Court had ordered that Petitioner's reply be filed by November 27, 2006.  However, because of the Government's extensions, the length of the Government's submissions, the complexity of the issues, and counsels' other capital case responsibilities, Petitioner will be not be able to comply with that deadline, and hereby requests an additional 60 days to file his reply.

4.      This request is made in good faith, and is based on the needs of counsel to present the Court with a professional and appropriately prepared memorandum.

5.      Undersigned counsel has consulted AUSA Deborah A. Johnston in regard to this request, and she has indicated that the Government has no opposition to it.

WHEREFORE, Petitioner respectfully requests that this Court enlarge the time for him to file his reply memorandum of law for sixty days, or until January 29, 2006.

Respectfully Submitted,


_____
Michael Wiseman, Esq.
Signing for All Counsel


Dated: November 24, 2006
         Greenbelt, Maryland


### CERTIFICATE OF SERVICE

I, Michael Wiseman, hereby certify that on this 24th day of November, 2006 I served the foregoing upon the following person by first-class United States Postal Service and by e-mail:

Deborah A. Johnston
Assistant United States Attorneys
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249

_____
Michael Wiseman

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,            :

                  Respondent,       :     Criminal No. PJM-98-0520

            v.                   :     Peter J. Messitte, U.S.D.J.

DUSTIN JOHN HIGGS,                   :     Greenbelt Division

            Petitioner.        :     **THIS IS A CAPITAL CASE**

                             :

## <u>ORDER</u>

AND NOW, this ___ day of November, 2006, upon consideration of Petitioner's Uncontested Motion for an Enlargement of Time in Which to File a Reply Memorandum of Law, this Court finds that there is good cause for the requested enlargement of time. Accordingly, it is hereby ORDERED that Petitioner may file his reply memorandum of law on or before January 29, 2006.

                                  BY THE COURT:

                                  _____

                                  Messite, J.