## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DUSTIN JOHN HIGGS**                          *
                                               *
        Petitioner,                            *
                                               *
v.                                             *       Civil No. PJM 05-3180
                                               *       Criminal No. PJM 98-0520
**UNITED STATES OF AMERICA**                   *
                                               *
        Respondent.                            *

## FINAL ORDER OF JUDGMENT

For the reasons set forth in the accompanying Opinion, it is, this 6th day of April, 2010,

**ORDERED**

1. The Government's Motion to Strike Procedurally Defective Claims [Paper No. 519] is **DENIED**;

2. Petitioner Higgs' Motion for Discovery [Paper No. 509] is **DENIED**;

3. Petitioner Higgs' Motion for Relief Pursuant to 28 U.S.C. § 2255 or in the Alternative Pursuant to 28 U.S.C. § 2241 [Paper No. 492] is **DENIED**;

4. Final Judgment is **ENTERED** in favor of the Government and against Petitioner Higgs; and

5. The Clerk of the Court is directed to **CLOSE** the case.

_____ /s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE