**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent, | : | Criminal No. PJM-98-0520 |
| | : | |
| v. | : | Peter J. Messitte, U.S.D.J. |
| | : | |
| DUSTIN JOHN HIGGS, | : | Greenbelt Division |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |

## **ORDER**

And now, this _____ day of _____, upon full consideration, the Court grants Petitioner a Certificate of Appealability on the claims for relief in this case and on the issue of whether an evidentiary hearing is appropriate.  The Court notes that this is a capital habeas corpus case.

The Court has found that Petitioner is indigent.  The appeal of the federal issues and procedural arguments in this case therefore should be in forma pauperis, and the appointment of Petitioner's counsel is continued for purposes of appeal.

SO ORDERED,

_____
Peter J. Messitte,
United States District Judge

1