IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,               )
                             )      Civil Action no. PJM -5-3180
        vs.                  )      Criminal No. PJM-98-0520
                             )
DUSTIN JOHN HIGGS,           )
                             )
    Defendant.               )
                             )

**NOTICE OF APPEARANCE OF COUNSEL**

NOW COMES the United States of America, by and through Rod Rosenstein, United

States Attorney for the District of Maryland, and gives notice to this Honorable Court of the

appearance of the undersigned as counsel for the Government in the above-referenced case.

Assistant United States Attorneys Deborah Johnston and Sandra Wilkinson remain on the

case.

Respectfully submitted this the 10th day of June, 2010.

ROD ROSENSTEIN
United States Attorney

/s/ Jeffrey B. Kahan
JEFFREY B. KAHAN
Trial Attorney
United States Department of Justice
Capital Case Unit
1331 F Street, NW
Washington, D.C. 20530
(202) 305-8910
(202) 353-9779 fax
jeffrey.kahan@usdoj.gov