_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

JUL 2 0 2010

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **DUSTIN JOHN HIGGS** | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil No. PJM 05-3180 |
| | * | Criminal No. PJM 98-0520 |
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| Respondent. | * | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this

19th day of July, 2010,

### ORDERED

1. Petitioner's Request for a Certificate of Appealability pursuant to 28

   U.S.C. § 2253 [Paper No. 550] is **DENIED**.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE