## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent, | : | Criminal No. PJM-98-0520 |
| | : | |
| v. | : | Peter J. Messitte, U.S.D.J. |
| | : | |
| DUSTIN JOHN HIGGS, | : | Greenbelt Division |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |

## **Notice of Appeal**

_____Petitioner Dustin Higgs, by counsel, hereby appeals this Court's Order, entered April 7, 2010,

denying habeas corpus relief and its order, entered July 20, 2010, denying Higgs's motion for

reconsideration under Fed. R. Civ. P. 59 (e).

Respectfully Submitted,

/s/ Angela Elleman
Angela Elleman
Supervising Assistant Federal Defender
Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Court Division
Defender Association of Philadelphia
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Angela_Elleman@fd.org
Michael_Wiseman@fd.org
Signing for All Counsel

Dated: Philadelphia, PA
　　　September 16, 2010

1

**Certificate of Service**

I, Angela Elleman, hereby certify that on this 16th day of September 2010, I served a copy of the foregoing upon the following persons in the manner indicated:

Deborah A. Johnston
Sandra Wilkinson
Assistant United States Attorneys
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249
By United States Mail, First Class and
By Electronic Mail via ECF


/s/ Angela Elleman
_____
Angela Elleman