TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X  Notice of Filing<br>☐  Cross Appeal<br>☐  Interlocutory Appeal<br>☐  Additional NOA<br>☐  Amended NOA<br>☐  Transmittal of Record<br>☐  Supplement to ROA<br>☐  Transmittal of   Certificate<br>☐  Other | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT GREENBELT<br><br>Caption:<br>United States of America<br>vs.<br>Dustin John Higgs | District Court Case No. PJM 98-cr-0520<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |
| | | |

**Part I**

Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.      NOA filed: 9/16/2010 | 4.      Fees |
| 2.      Amended NOA filed: | ☐  USA no fee required<br>$5 filing fee:          ___  paid        __X__  unpaid<br>$450 docketing fee:      ___  paid        __X__  unpaid<br>Pauper status:      ___  granted   ☐  denied      ___  pending in District Court<br>Does PLRA apply?      ☐  yes ☐  no   3 strikes?      ☐  yes ☐  no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3.      District Judge:<br>          Peter J. Messitte | 5.      Materials Under Seal in District Court?      __X__  yes ___  no<br><br>          Party Names Under Seal in District Court?      ☐  yes __X__  no |
| 6.      Official Court Reporter(s):<br>      Linda Marshall<br><br>For Electronically Recorded:<br>Coordinator(s):<br>Stephanie Savoy (410) 962-3928<br>Kathy Chiarizia   (301) 344-3104 | 7.      Transcript<br><br>          In-Court Hearing Held?      __X__  yes ___  no |
| | 8.      Criminal/Prisoner Cases<br><br>☐  recalcitrant witness          Defendant's Address:<br>☐  on death row<br>☐  in custody<br>☐  on bond<br>☐  on probation |

**Part II**                    TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #_____ |
|---|---|
| Pleadings:      Vols._____<br>Transcript:      Vols._____<br>Exhibits:      Vols._____<br>Depositions:      Vols._____<br>State Ct. Record: Vols._____<br>Sealed:      Vols._____<br>No. of Boxes      _____ | Pleadings:      Vols._____<br>Transcript:      Vols._____<br>Exhibits:      Vols._____<br>Depositions:      Vols._____<br>State Ct. Record: Vols._____<br>Sealed:      Vols._____<br>No. of Boxes      _____ |
| | |

Deputy Clerk:    Katie Nader        Phone:   (301) 344-3102              Date:   September 17, 2010