FILED: October 22, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the submissions relative to the motion for appointment of counsel, the Court appoints Stephen Howard Sachs as lead counsel and the Federal Community Defenders of Philadelphia as co-counsel for the appellant pursuant to the provisions of 18 U.S.C. § 3599(c) and the Criminal Justice Act effective September 16, 2010.

      For the Court

      /s/ Patricia S. Connor, Clerk