## SUPPLEMENTAL
## CLERK'S CERTIFICATE

**UNITED STATES OF AMERICA**
**DISTRICT OF MARYLAND, to wit:**

   **I, Felicia C. Cannon**, Clerk of the United States District Court for the District of Maryland, do hereby certify that the documents submitted under this certificate,

    **VOLUME 1**         **FILED SEPARATELY**

are the true record and proceedings on file in my office, constitute the Record on Appeal in the therein entitled **case of United States of America v. Dustin John Higgs, PJM 98-0520** in said District Court.

       **IN TESTIMONY WHEREOF**, I hereunto

        set my hand and affix the Seal

        Of said District Court, this

       15th day of April, 2011.


       FELICIA C. CANNON
       Clerk of said Court


       By: _____/s/_____
        Deputy Clerk of said District Court
        Kathy Chiarizia