TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X  Notice of Filing<br>☐  Cross Appeal<br>☐  Interlocutory Appeal<br>☐  Additional NOA<br>☐  Amended NOA<br>☐  Transmittal of Record<br>X  **Supplement to ROA**<br>☐  Transmittal of Certificate<br>☐  Other | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT GREENBELT<br><br>Caption:<br>United States of America<br>vs.<br>Dustin John Higgs | District Court Case No. PJM 98-0520<br>4 CCA Case No. 10-7<br>Consolidated with No.<br><br>Case Manager:  Beth Walton |
| | | |

**Part I**

Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.    NOA filed:<br><br>2.    Amended NOA filed: | 4.    Fees<br>   ☐  USA no fee required<br>$5 filing fee:         ___ paid      ___ unpaid<br>$450 docketing fee:       ___ paid      ___ unpaid<br>Pauper status:    ___ granted   ___ denied      ___ pending in District Court<br>Does PLRA apply?    ☐ yes ☐ no   3 strikes?      ☐ yes ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3.    Chief District Judge:<br>       Peter J. Messitte | 5.    Materials Under Seal in District Court?      ___ yes ___ no<br><br>   Party Names Under Seal in District Court?    ☐ yes ___ no |
| 6.    Official Court Reporter(s):<br><br><br>For Electronically Recorded:<br>Coordinator(s):<br>Stephanie Savoy (410) 962-3928<br>Kathy Chiarizia   (301) 344-3104 | 7.    Transcript<br><br>   In-Court Hearing Held?      ___ yes      ___ no |
| | 8.    Criminal/Prisoner Cases<br><br>☐  recalcitrant witness      Defendant's Address:<br>☐  on death row<br>☐  in custody<br>☐  on bond<br>☐  on probation |

**Part II**         TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #_____ |
|---|---|
| Pleadings:        Vols._____<br>Transcript:       Vols._____<br>Exhibits:         Vols._____<br>Depositions:      Vols._____<br>State Ct. Record: Vols._____<br>Sealed:           Vols._____<br>No. of Boxes          _____ | Pleadings:        Vols._____<br>Transcript:       Vols._____<br>Exhibits:         Vols._____<br>Depositions:      Vols._____<br>State Ct. Record: Vols._____<br>Sealed:           Vols._____<br>No. of Boxes          _____ |

Deputy Clerk:    Kathy Chiarizia    Phone:  (301) 344-3104          Date:  July 15, 2011