## SECOND SUPPLEMENTAL
## CLERK'S CERTIFICATE

**UNITED STATES OF AMERICA**
**DISTRICT OF MARYLAND, to wit:**

     **I, Felicia C. Cannon**, Clerk of the United States District Court for the District of Maryland, do hereby certify that the documents submitted under this certificate,

     **VOLUME 2**                           **FILED SEPARATELY**

are the true record and proceedings on file in my office, constitute the Record on Appeal in the therein entitled **case of United States of America v. Dustin John Higgs, PJM 98-0520** in said District Court.

     **IN TESTIMONY WHEREOF**, I hereunto

     set my hand and affix the Seal

     Of said District Court, this

     9th day of August, 2011.

     FELICIA C. CANNON
     Clerk of said Court

     By:              /s/
        Deputy Clerk of said District Court
         Kathy Chiarizia