TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>☐ Cross Appeal<br>☐ Interlocutory Appeal<br>☐ Additional NOA<br>☐ Amended NOA<br>☐ Transmittal of Record<br>X **Supplement to ROA**<br>☐ Transmittal of Certificate<br>☐ Other | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT GREENBELT<br><br>Caption:<br>United States of America<br>vs.<br>Dustin John Higgs | District Court Case No. PJM 98-0520<br>4 CCA Case No. 10-7<br>Consolidated with No.<br><br>Case Manager:   Beth Walton |

**Part I**

Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.    NOA filed:<br><br>2.    Amended NOA filed: | 4.    Fees<br>            ☐ USA no fee required<br>$5 filing fee:            ___ paid     ___ unpaid<br>$450 docketing fee:     ___ paid     ___ unpaid<br>Pauper status:   ___ granted   ___ denied   ___ pending in District Court<br>Does PLRA apply?   ☐ yes ☐ no   3 strikes?   ☐ yes ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3.    Chief District Judge:<br>       Peter J. Messitte | 5.    Materials Under Seal in District Court?   ___ yes ___ no<br><br>       Party Names Under Seal in District Court?   ☐ yes ___ no |
| 6.    Official Court Reporter(s):<br><br>For Electronically Recorded:<br>Coordinator(s):<br>Stephanie Savoy (410) 962-3928<br>Kathy Chiarizia   (301) 344-3104 | 7.    Transcript<br><br>    In-Court Hearing Held?   ___ yes   ___ no |
| | 8.    Criminal/Prisoner Cases<br><br>☐ recalcitrant witness         Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**            TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #___2___ |
|---|---|
| Pleadings:       Vols._____<br>Transcript:      Vols._____<br>Exhibits:        Vols._____<br>Depositions:     Vols._____<br>State Ct. Record: Vols._____<br>Sealed:          Vols._____<br>No. of Boxes        _____ | Pleadings:       Vols._____1_____<br>Transcript:      Vols._____<br>Exhibits:        Vols._____<br>Depositions:     Vols._____<br>State Ct. Record: Vols._____<br>Sealed:          Vols._____<br>No. of Boxes        _____ |

Deputy Clerk:    Kathy Chiarizia    Phone:   (301) 344-3104            Date:   August 9, 2011