FILED: January 9, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

Defendant - Appellant

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which

provides that "[t]he timely filing of a petition for panel rehearing, petition for

rehearing en banc, or motion for stay of mandate, stays the mandate until

disposition of the petition or motion."

*/s/Patricia S. Connor, Clerk*