# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

_____
                                       :
UNITED STATES OF AMERICA,              :
                                       :
                  Respondent,          :        Criminal No. PJM-98-0520
                                       :
            v.                         :        Peter J. Messitte, U.S.D.J.
                                       :
DUSTIN JOHN HIGGS,                     :        Greenbelt Division
                                       :
                  Petitioner.          :
                                       :
_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel hereby enters his appearance as co-counsel with Stephen H. Sachs on behalf of Petitioner pursuant to this Court's order of January 27, 2005 (document # 484) appointing counsel for proceedings under 28 U.S.C. § 2255.

Respectfully Submitted,


/s/ Matthew C. Lawry
Matthew C. Lawry, Esq.
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Court Division
Defender Association of Philadelphia
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

Dated:  Philadelphia, PA
        July 8, 2013

**Certificate of Service**

I, Matthew C. Lawry, hereby certify that on this 8th day of July 2013, I served a copy of the foregoing upon the following persons in the manner indicated:

Deborah A. Johnston
Sandra Wilkinson
Assistant United States Attorneys
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249
By United States Mail, First Class
By Electronic Mail


/s/ Matthew C. Lawry
Matthew C. Lawry