**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

_____
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                    Respondent,         :        Criminal No. PJM-98-0520
                                        :
          v.                            :        Peter J. Messitte, U.S.D.J.
                                        :
DUSTIN JOHN HIGGS,                      :        Greenbelt Division
                                        :
                    Petitioner.         :
                                        :
_____:

**PETITIONER'S MOTION FOR ORDER AUTHORIZING**
**EXPERT ACCESS TO EVALUATE CLIENT**
**FOR CLEMENCY PROCEEDINGS**

Petitioner Dustin John Higgs respectfully requests that this Court enter an order authorizing an expert psychiatrist to have access to Mr. Higgs at the United States Penitentiary in Terre Haute, Indiana, to evaluate Mr. Higgs for clemency proceedings. In support thereof, Petitioner submits the following:

1.      Petitioner was convicted of murder and related offenses, and sentenced to death, for charges resulting from the shooting deaths of three young women in the Patuxent National Wildlife Refuge in Prince George's County, Maryland.

2.      Petitioner's convictions and sentences were affirmed on direct appeal. United States v. Higgs, 353 F.3d 281 (4th Cir. 2003), and United States v. Higgs, 95 F. App'x 37 (4th Cir. 2004).

3.      In 2005, this Court appointed counsel to represent Mr. Higgs in proceedings under 28 U.S.C. § 2255. Attorney Stephen Sachs, Esq. and counsel from the Capital Habeas Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania have represented Mr.

1

Higgs since that time.

4.      This Court denied Mr. Higgs's motion for relief under 28 U.S.C. § 2255, and that ruling was affirmed by the Fourth Circuit.  Higgs v. United States, 711 F. Supp. 2d 479 (D. Md. 2010), aff'd, 663 F.3d 726 (4th Cir. 2011), cert. denied, 133 S. Ct. 787 (2012).

5.      Since before certiorari was denied, undersigned counsel have been investigating and preparing for potential clemency proceedings.  See 18 U.S.C. § 3599(e); Harbison v. Bell, 129 S. Ct. 1481 (2009).

6.      As part of our preparation for clemency proceedings, we sought to have Petitioner evaluated by Richard G. Dudley, Jr., M.D., a psychiatrist.  The United States Prison at Terre Haute has refused to allow Dr. Dudley access to evaluate Petitioner without a court order, even though no court proceedings are currently pending.

7.      Dr. Dudley is an experienced psychiatrist and Diplomate of the American Board of Psychiatry and Neurology, who regularly appears as a psychiatric expert in various types of legal proceedings throughout the United States.  Dr. Dudley has frequently conducted evaluations of death sentenced prisoners.  See, e.g., Sears v. Upton, 130 S. Ct. 3259 (2010).  Allowing Dr. Dudley access to evaluate Mr. Higgs will not affect security at the United States Prison in Terre Haute, and is necessary as part of counsel's preparation for clemency proceedings.

WHEREFORE, Mr. Higgs respectfully requests that this Court grant his motion to allow Dr. Dudley access to evaluate Mr. Higgs for clemency proceedings.

Respectfully Submitted,

/s/ Matthew C. Lawry
Assistant Federal Defender
Signing for All Counsel
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

Dated: July 8, 2013

**Certificate of Service**

I, Stephen Sachs, hereby certify that on this 8th day of July, 2013 I served a copy of the foregoing upon the following persons in the manner indicated:

Deborah A. Johnston
Sandra Wilkinson
Assistant United States Attorneys
Office of the United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770-1249
By United States Mail, First Class and
By Electronic Mail

/s/ Matthew C. Lawry

_____

Matthew C. Lawry