**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

_____
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                  Respondent,           :     Criminal No. PJM-98-0520
                                        :
           v.                           :     Peter J. Messitte, U.S.D.J.
                                        :
DUSTIN JOHN HIGGS,                      :     Greenbelt Division
                                        :
                  Petitioner.           :
                                        :
_____:

## ORDER

And now, this _____ day of _____, upon full consideration, the Court grants Petitioner's Motion for Order Authorizing Expert Access to Evaluate Mr. Higgs.  The United States Penitentiary in Terre Haute, Indiana shall grant reasonable access to Richard Dudley, Jr., M.D., for purposes of conducting a psychiatric evaluation of Mr. Higgs.

SO ORDERED,

_____
Peter J. Messitte,
United States District Judge