**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **V.** | :    **CRIMINAL NO.   PJM-98-0520** |
| **DUSTIN JOHN HIGGS** | : |

...oooOooo...

**LINE**

Madam Clerk:

Please enter the appearance of Sujit Raman as counsel for the government for all purposes

in the above-captioned case.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____

Sujit Raman
Assistant United States Attorney