

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Sujit Raman*                    *Mailing Address:*              *Office Location:*              DIRECT: 301-344-4432
*Appellate Chief*                6500 Cherrywood Lane, Suite 200  6406 Ivy Lane, 8th Floor         MAIN: 301-344-4433
*Sujit.Raman@usdoj.gov*          Greenbelt, Maryland 20770-1249   Greenbelt, Maryland 20770-1249   FAX: 301-344-4516

December 23, 2014

The Honorable Peter J. Messitte
United States District Judge
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      Re:     *United States v. Dustin John Higgs*
               Crim. No. PJM-98-0520
               **UNOPPOSED REQUEST FOR EXTENSION OF DEADLINE**

Dear Judge Messitte:

On December 4, 2014, the defendant filed a Motion for Relief from Final Judgment (ECF 579) and a Motion for Discovery (ECF 580).

As final judgment was entered in this case several years ago, the file must be retrieved and reviewed. Accordingly the government respectfully requests an extension to **February 20, 2015** to file its response. Thank you for your consideration of this request.

We have consulted with defense counsel, who consents to this request.

Very truly yours,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Sujit Raman
Assistant United States Attorney