**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**             :

   **V.**                              :        **CRIMINAL NO.   PJM-98-0520**

              :

**DUSTIN JOHN HIGGS**

           **LINE**

Madam Clerk:

  Please enter the appearance of James A. Crowell IV., as counsel for the government for all

purposes in the above-captioned case.

         Respectfully submitted,

         Rod J. Rosenstein
         United States Attorney


     By:_____/s/_____
         James A. Crowell IV
         Assistant United States Attorney

         United States Attorney's Office
         6500 Cherrywood Lane, Suite 200
         Greenbelt, Maryland 20770
         (301) 344-4433