# EXHIBIT 1

### Timeline of Creighton Murder Investigation

| Date | Event | Detail | Exhibit |
|---|---|---|---|
| July 18, 1998 | Victim Creighton murdered | Cause of death: stabbed once in the neck. | 2 |
| July 18, 1998 | David Bishop interviewed | Friend of victim.<br>Described altercation with 3 black males and that one hit Creighton in the neck. | 2 |
| July 29, 1998 | Barbara Bailey interviewed | Friend of victim.<br>Described 4 males being present, including Victor.<br>Victor ran off before the altercation. | 3 |
| August 12, 1998 | Charnita Bailey interviewed | Friend of victim.<br>Described 4 males being present: Kewi, Victor, and two men named Kevin; one Kevin was a twin.<br>The Kevin who was not the twin confronted the victim.<br>Victor left before the altercation. | 4 |
| November 16, 1998 | David Bishop shown photographic lineup | Identified Keith and Kevin Scott as being with the perpetrator. | 5 |
| November 20, 1998 | Barbara Bailey shown photographic lineup | Identified Kevin and Keith Scott. | 6 |
| November 20, 1998 | Charnita Bailey shown photographic lineup | Identified Kevin and Keith Scott. | 6 |
| February 2, 1999 | Kevin Scott arrested | Gave statement implicating Victor and stating Kevin Miller was present. | 7 |
| February 2, 1999 | Keith Scott arrested | Gave statement implicating Victor and stating Kevin Miller was present. Also stated that he knew Victor Gloria was locked up with Willis Haynes, whom Scott knew, for the murder of three girls. | 8 |

| February 3, 1999 | US Park Police prepared a photographic lineup of Victor Gloria | Provided to investigators in Creighton murder. | 11 |
|---|---|---|---|
| March 19, 1999 | Charnita Bailey interviewed | Identified Kevin Miller as "the guy who may have had the knife." Did not identify Victor Gloria | 13 |
| March 19, 1999 | Barbara Bailey interviewed | Did not identify Kevin Miller or Victor Gloria. | 12 |
| April 7, 1999 | Kevin Miller arrested | Gave statement implicating Victor Gloria. Acknowledged discussing version of incident with the Scott brothers. | 14 |
| April 14, 1999 | AUSA conversation with State Prosecutor (ASA) | AUSA told ASA that it is possible the Scott brothers and Miller are blaming Gloria because they are friends of Gloria's co-defendants, particularly Haynes. | 15 |
| April 14, 1999 | State Prosecutor (ASA) memo to Homicide Detective Patton | ASA directed detective to speak to Park Police. ASA stated "We will decide on the next course of action, that is either writ Gloria + charge him or talk to his lawyer about the case" | 15 |
| April 21, 1999 | Memo written by Detective Patton | "A.U.S.A. may be on track with their assumption." | 16 |
| June 8, 1999 | David Bishop shown photographic lineups | Identified Kevin Miller, without hesitation, as the perpetrator. Does not identify Victor Gloria | 17,18 |
| June 11, 1999 | Clarence White interviewed and shown photographic lineups | Identified photo of Kevin Miller as looking like the person who stabbed the victim. Does not identify the photograph of Victor Gloria. Identified Kevin and Keith Scott as being with the person who stabbed the victim. | 19,21 ⟨br⟩ 20 |

| June 16, 1999 | Keith Scott and Kevin Scott reinterviewed | Keith Scott and Kevin Scott fail polygraph examinations | 22 |
|---|---|---|---|
| August 30, 1999 | Keith Scott pled guilty | Second degree assault of Creighton | 23 |
| August 30, 1999 | Kevin Scott pled guilty | Second degree assault of Creighton | 23 |
| October 18, 1999 | Kevin Miller pled guilty | Second degree murder of Creighton | 24 |
| December 10, 1999 | Kevin Miller sentenced | Receives 5 years of imprisonment. | 24 |