# EXHIBIT 2

This is a tape statement of David Bishop being taken in the Homicide Unit by Detective Kurt Hastings. The date is 18th July, 1998 and the time is 0416 hours. We're in Lieutenant's Lieu's office in the Homicide Unit. For the tape sir state your name?

Bishop: David Bishop.

Hastings: Could you speak up sir?

Bishop: David Bishop.

Hastings: Your home address?

Bishop: ███████████████.

Hastings: Your age and date of birth?

Bishop: I'm 24 years old and I was born ████ ██, ████.

Hastings: Can you read and write sir?

Bishop: Yes.

Hastings: How much education do you have?

Bishop: I graduated from Southwestern High School.

Hastings: Are you under the influence of drugs or alcohol right now?

Bishop: No.

Hastings: Are you giving this statement free and voluntarily?

Bishop: Yes.

Hastings: Mr. Bishop I'm investigating an incident that occurred 301 Light Street which is the Inner Harbor. It happened around 2 AM this morning where a friend of yours Matrella Creighton known to you as Truck was stabbed, what can you tell me about this incident?

Bishop: Well, we started we, we entered the Harbor from the entrance and started walking down me Truck and my friend Little Man we were walking down talking to some girls alright, than all of a sudden we ran into these girls one of them Truck was trying to talk to than it was some guys standing there one of the guys said something smart to Truck, Truck was ready to fight the guy than

Statement of Mr. David Bishop
Page 2

Bishop:   they started fighting alright Truck, the guy swung on Truck, Truck swung the guy swung back and it looked like a punch but, he cut him with something in his neck. And, than the other one tried the light skin dude came up and hit him in his head and than they just backed up cause Truck wasn't trying to fight them after they hit him it wasn't trying to fight them so they just backed up cause I guessed they figure they stabbed him they did something to him. And, I didn't realize that he was stabbed until, until um I started fighting the dudes and than they backed off and then I went to my friend and than he, he looked at me and he was black he was like they cut me with something and than that was his last words and than all the blood started shooting out of his neck, and air was coming out of his neck and I tried to put my hand over his neck to try to stop the bleeding and keep his air in. And, than his head, his head started swelling up like a balloon his eyes started getting real big and his face started getting real puffy and blood started coming out of his mouth and his nose. And, it was like he was standing up he was real stiff and when I, when I felt I realize that he was gone so I sat him down, I laid he down on the grass and I tried to ran down the boardwalk to see if I could catch the guys but, by the time they were gone. So I ran back up the boardwalk and that's when the Ambulance gets there.

Hastings:   When you say these three guys describe the guy that was originally fighting with Truck who stuck him as you put it?

Bishop:   I say he was about 5"11, a 160 pounds um, dark complexion um, he was wearing not a hat but, some kind of it looks like some kind of little cap on his head or something it didn't have a wing on it. And, he had some it looked like he had some um some kind of pants or something rolled up to his knees and.

Hastings:   Like sweat pants?

Bishop:   Yea, like sweat pants or something.

Statement of Mr. David Bishop
Page 3

Hastings:   Did you see what kind of shoes he had on?

Bishop:   No, no.

Hastings:   The other two gentleman who, who were with them, when we were talking earlier you said that they looked like twins?

Bishop:   Yea, they looked like brothers I heard one of the girls say that call I heard one of the girls say twin, like that so I figure that um they were twins but, they looked like brothers they were the same height, the same complexion and they, their, their features were similar.

Hastings:   There was a different in their hair styles?

Bishop:   Yea one of them had a bush the other had braids going down to the back.

Hastings:   The one with the bush how big of bush was it?

Bishop:   I say it stood about 5 inches off of his, off of his head.

Hastings:   And the other one had braids all the way through his hair?

Bishop:   Going to the back, yea, all the way through.

Hastings:   Do you remember what either one of them was wearing?

Bishop:   No, I can't really remember what they were wearing.

Hastings:   Do you recall any words that were spoken between any of your friends and the suspects?

Bishop:   They were just going back and forth talking I mean saying like I don't know, Truck I guess Truck, Truck was like why do you have to disrespect me and he was ready to fight and that was really the end, the guy was like what's up and than they started fighting.  And it looked like it he looked like he punched him

~~Taped~~

Police Department
Baltimore, Maryland

CI/209                                                    Case Number_____

INFORMATION SHEET

Name _David Bishop_____    Nickname _Black____

Race _B___ Sex _M___ Age _24_ D.O.B. ████████████

Height _5-11_____ Weight _170_____ Complexion_____

Address ████████████████████████ SS#_____

Home Phone (410) 35█████  Date and time of interview _18 Jul, 98/0354_

Parent's name ████████████  Address ████████████

Boy/girlfriends name_____ Address_____

Last School Attended _S.W.N.S._____ Grade _12th_

Employer _Bennigans_____ Address _Wardon____

Employers Phone_____ Hours of employment _None___

RELATIVES IN BALTIMORE NOT LIVING WITH WITNESS

Name_____ Relationship _____

Address _____ Phone_____

Name_____ Relationship_____

Address _____ Phone_____

Read and Write      Yes _✓___      No_____

Under the influence of drugs   Yes_____   No _✓___

If yes explain_____

Alcohol Check One Sober____ Had Been Drinking _✓_ (2 BEERS) Intoxicated_____

Description of clothing at time of Interview (note in bloodstained torn etc.)_____

Note any injuries_____

Meals Provided____ Date____ Time____ Date____ Time____

NEW Pager # 390-3509

Detective _SERIO_____ Detective_____

This is a tape statement of David Bishop being taken in the Homicide Unit by Detective Kurt Hastings. The date is 18th July, 1998 and the time is 0416 hours. We're in Lieutenant's Lieu's office in the Homicide Unit. For the tape sir state your name?

Bishop: David Bishop.

Hastings: Could you speak up sir?

Bishop: David Bishop.

Hastings: Your home address?

Bishop: ███ ████████████

Hastings: Your age and date of birth?

Bishop: I'm 24 years old and I was born ███ ██, ██.

Hastings: Can you read and write sir?

Bishop: Yes.

Hastings: How much education do you have?

Bishop: I graduated from Southwestern High School.

Hastings: Are you under the influence of drugs or alcohol right now?

Bishop: No.

Hastings: Are you giving this statement free and voluntarily?

Bishop: Yes.

Hastings: Mr. Bishop I'm investigating an incident that occurred 301 Light Street which is the Inner Harbor. It happened around 2 AM this morning where a friend of yours Matrella Creighton known to you as Truck was stabbed, what can you tell me about this incident?

Bishop: Well, we started we, we entered the Harbor from the entrance and started walking down me Truck and my friend Little Man we were walking down talking to some girls alright, than all of a sudden we ran into these girls one of them Truck was trying to talk to than it was some guys standing there one of the guys said something smart to Truck, Truck was ready to fight the guy than

Statement of Mr. David Bishop
Page 2

Bishop:     they started fighting alright Truck, the guy swung on Truck, Truck swung the guy swung back and it looked like a punch but, he cut him with something in his neck. And, than the other one tried the light skin dude came up and hit him in his head and than they just backed up cause Truck wasn't trying to fight them after they hit him it wasn't trying to fight them so they just backed up cause I guessed they figure they stabbed him they did something to him. And, I didn't realize that he was stabbed until, until um I started fighting the dudes and than they backed off and then I went to my friend and than he, he looked at me and he was black he was like they cut me with something and than that was his last words and than all the blood started shooting out of his neck, and air was coming out of his neck and I tried to put my hand over his neck to try to stop the bleeding and keep his air in. And, than his head, his head started swelling up like a balloon his eyes started getting real big and his face started getting real puffy and blood started coming out of his mouth and his nose. And, it was like he was standing up he was real stiff and when I, when I felt I realize that he was gone so I sat him down, I laid he down on the grass and I tried to ran down the boardwalk to see if I could catch the guys but, by the time they were gone. So I ran back up the boardwalk and that's when the Ambulance gets there.

Hastings:   When you say these three guys describe the guy that was originally fighting with Truck who stuck him as you put it?

Bishop:     I say he was about 5"11, a 160 pounds um, dark complexion um, he was wearing not a hat but, some kind of it looks like some kind of little cap on his head or something it didn't have a wing on it. And, he had some it looked like he had some um some kind of pants or something rolled up to his knees and.

Hastings:   Like sweat pants?

Bishop:     Yea, like sweat pants or something.

Statement of Mr. David Bishop
Page 3

Hastings:      Did you see what kind of shoes he had
               on?

Bishop:        No, no.

Hastings:      The other two gentleman who, who were
               with them, when we were talking earlier
               you said that they looked like twins?

Bishop:        Yea, they looked like brothers I heard
               one of the girls say that call I heard
               one of the girls say twin, like that so
               I figure that um they were twins but,
               they looked like brothers they were the
               same height, the same complexion and
               they, their, their features were
               similar.

Hastings:      There was a different in their hair
               styles?

Bishop:        Yea one of them had a bush the other had
               braids going down to the back.

Hastings:      The one with the bush how big of bush
               was it?

Bishop:        I say it stood about 5 inches off of
               his, off of his head.

Hastings:      And the other one had braids all the way
               through his hair?

Bishop:        Going to the back, yea, all the way
               through.

Hastings:      Do you remember what either one of them
               was wearing?

Bishop:        No, I can't really remember what they
               were wearing.

Hastings:      Do you recall any words that were spoken
               between any of your friends and the
               suspects?

Bishop:        They were just going back and forth
               talking I mean saying like I don't know,
               Truck I guess Truck, Truck was like why
               do you have to disrespect me and he was
               ready to fight and that was really the
               end, the guy was like what's up and than
               they started fighting.  And it looked
               like it he looked like he punched him

Statement of Mr. David Bishop
Page 4

Bishop:        but, he stabbed him with something.
               Because I could tell the side that, I
               could tell the side that he was on that
               the dark skin dude was the one that
               stabbed him because the way they were
               fighting the light skin dude came from
               the back and, where he was cut that's
               where, that's where the dark skin dude
               was hit his at.

Hastings:      Right?

Bishop:        I seen him hit him.

Hastings:      When you met um the girls down the Inner
               Harbor, did you know any of these girls
               names?

Bishop:        None I just met them.

Hastings:      Did you get any nicknames or anything
               like that?

Bishop:        I, I didn't even talk to the girls.

Hastings:      How long were you down the Inner Harbor
               before this happened?

Bishop:        About an ½ hour.

Hastings:      Have you ever seen any of these suspects
               before anywhere?

Bishop:        Never.

Hastings:      Can you think of any questions that I
               didn't ask you or any information or any
               information that you can provide me that
               I didn't go into?

Bishop:        If I could remember more I would try
               but, I told you everything I know, I
               can't remember (inaudible).

Hastings:      Thank you for your cooperation.  This
               tape statement is terminated at 4:23,
               thank you.

This tape was transcribed by Secretary III Myrna C.
Milburn, Criminal Investigation Bureau, AdmUnit on
November 28, 1998.