# EXHIBIT 3

Today's date is the 29th of July 1998.  The time now is approximately 12:50 hours, this is Detective Robert Patton, the Baltimore City Police Homicide Unit.  Ah, I'm conducting an interview with Ms. ah, Barbara Baily in reference to the homicide of Montrell Crighton which occurred at the Inner Harbor on the um, 18th of July 1998 at about 2 o'clock in the morning.

Patton:     Just for the record Barbara just tell them your full name, your age and your date of birth?

Bailey:     O.k. My name is Barbara Anita Bailey.  I'm 18 and my birthday is ▮▮▮▮▮

Patton:     O.k. um, Barbara we were just conducting ah, ah pre-interview for about 20 minutes and um, you told us some things in reference to what happened down at the Inner Harbor, is that correct?

Bailey:     Huh. Huh.

Patton:     O.k. just from the beginning tell me what happened in sequential order, what happened that night down at the harbor.

Bailey:     O.k. well me and my friends were going down the harbor and we parked on,

Patton:     Now I'm gonna interrupt you there, you say me and your friends ah, who was with you?

Bailey:     My sister and my best friend.

Patton:     And what's your sister's name?

Bailey:     Tronetta and my best friend is Erica.

Patton:     O.k. Tronette Bailey,

Bailey:     Huh. Huh.

Patton:     and Erica ?

Bailey:     Jones.

Patton:     Jones? O.k.

Page #2
Statement of:           Barbara Bailey

Bailey:        Well, we were on um, Gay Street and we parked, parked on Gay Street and then we started walking towards the harbor and that's when we saw Montrell and David and the other guy.  We didn't know them but

Patton:        Is that the first time you had met them?

Bailey:        The first time we had met them and they um, approached us and, well they actually, Montrell approached Erica and we were like come on and trying to egg her to come on with us and stop talking.  So um, she just kept talking to him, she kept talk, you know he was like so what are you doing down here, or, or you married or you got a boyfriend and she was like, "I'm married!" and he was like, "You married? What you mean, you married!" She was like, "I'm married!" So um, she, she does have a boyfriend but she called him her husband so we um, they had a conversation for like 15 minutes, but I didn't know what they were talking about cause I wasn't in to it.  I wasn't paying attention and then we walked towards the harbor cause we wanted to get something to eat we was all on the Planet Hollywood.  The Planet Hollywood was closed so then we was walking toward the Maryland Science Center so, thinking that something else would be opened in the other Pavilion.  So that's when we met the other guys that were from D.C. and we started talking to them and they told us that their names and not all of them but there were 2 Kevins and there were a Victor and there was another one.  And I don't know his name.  And we were talking and then that's when Montrell came over there and we were

Patton:        Where were you, where, where were you exactly in relationship, in relationship to the harbor, where were you specifically?

Bailey:        O.k. um

Patton:        Before anything happened like fight, or anything happened?

Bailey:        Before ah, the fight happened?  We were like near, o.k. we were past the Pavilion.  We were closer towards the Maryland Science Center on one of those benches.  That's where we were sitting at and then, then that's when Montrell, Montrell and David came over there talking to us and Montrell was like, "You suppose to be married what you doing talking to them?" And he, she was like, "These my boys!" and he was like um, "I don't give a

Page #3
Statement of:          Barbara Bailey

Bailey:          fuck who they are!" and he was like, "Fuck them! I don't give a fuck!" and then the um, the guys that were from D.C. they was just chilled for a minute, they were chilling and then Kevin was like, "I don't know about that!" you know, if referring to when he was like, "Fuck them, I don't give a fuck about them!" And then that's when David was like, "Man he got a mouth over here, he talking over here", like he was egging them, instigating them or something. And um, then I noticed that something might happen so I got my girls together, Erica and, Da, and Shawnetta and I told them to come on and go. And that's when Montrell was like, "Your man look better than me?" asking Erica that, "Your man look better?" and she didn't answer him, she was just like, "He was drunk or whatever." She just was trying to ignore that. And so he was like, "Man FUCK YOU THEN!" cause she didn't answer. He was just like, "Fuck you! Fuck you!"

Patton:          Are you guys walking away? Walking towards the,

Bailey:          We were walking back towards the Gay Street I guess, you, you know.

Patton:          Towards where Pavilion( **please check**) was?

Bailey:          Yeah, back towards the Pavilion and um, well, David was like, "Man she ain't nothing but a 2000.00 dollar whore, fuck her, she ain't nothing but a 2000.00 dollar whore." and you know, I guess boys, you know how they are they support each other just so, so he doesn't feel bad. He was like you know, kept saying that or whatever and my friend was like appalled you know. She was like "HA!" you know, had this like expression on her face like, oh my GOD, so we just kept on walking and then, and he was um, trying to um, talk to my sister like, "Man you down here too? You suppose to have a boyfriend man, fuck you too, you suppose to have a boyfriend and you down here talking to other guys!" And so she was like, my sister was just like, "Man get out of my face! Get off of me!" And so then, that's when um, Kevin and them was like, "Yoe, yall need to chill out you know like, that's not necessary or whatever" and then that's when David was like, "Man he got a mouth over here again!" and then that's when the altercation happened. But before the altercation happened Victor was the one that ran off because I get he saw that something was gonna happen. So he ran off towards Gay Street I guess or where ever they parked and um, he ran, and then that's when they started fighting but they started moving back towards the Maryland Science Center and we were

Page #4
Statement of:        Barbara Bailey

Bailey:        moving towards Gay Street so it was like a distance and when they started fighting and I turned around and I saw Kevin punch Montrell. I saw him punch Montrell and then my sister was like, "Oh, he bleeding, he punched him good!" And they was like that's what he get, you know what I mean, cause we thinking that he got punched.

Patton:        Did, did Kevin have something in his hands or was he wearing a ring or

Bailey:        No he didn't.

Patton:        did you see, did you what he had in his hand?

Bailey:        No we were to far to see. It looked like a punch to us we didn't see that he had anything in his hand. So I thought he might have punched him in his mouth and his mouth was bleeding cause he had blood all over his shirt but my sister saw that I really couldn't see, my sister she, you know, she good with detail so I was like, "Come on!" and we saw that the guys from D.C. started running so we figured that maybe David and Montrell were gonna go to that car and get a gun or something so we started walking faster because we had on heels we couldn't run any faster than we, than our heels permitted us to.

Patton:        So the guys from D.C. past you up (inaudible)?

Bailey:        Yeah and then, we, they past us. They ran and they were like gone. They were shew out of there. I was like, "I wonder why they ran?" They, they punched the guy and they ran off you know. So we just started running (inaudible) to our car.

Patton:        Now did you see them after that, the guys from D.C. after that?

Bailey:        Uh. Uh, we ain't see them.

Patton:        O.k. now during your conversation with these guys, did they give you guys ah, their pager numbers, their home numbers, their telephone numbers at work or anything like that?

Bailey:        No.

Page #5
Statement of:          Barbara Bailey

Patton:          Or any

Bailey:          We didn't, uh. uh. We didn't

Patton:          You guys give them numbers?

Bailey:          No we didn't give them any numbers.  We didn't have a chance.  We were just talking you know when we first saw them we were just having a conversation about the harbor or downtown you know just being down there, they were like, what are yall doing?  Cause the conversation wasn't even focused on do yall have boyfriends and who yall down here with and can we get in touch with yall later on.  It wasn't focused on that until Montrell came back over there and was like, "Yall supposed to be married" and then you know.

Patton:          Right. Now you said there was 4 guys,

Bailey:          Huh. Huh.

Patton:          o.k. and one of them, 2 of them were named Kevin and you said two of them were twins,

Bailey:          Huh. Huh.

Patton:          right?  Let's deal with them twin guys first.  One of the twins you say had a name of Kevin?

Bailey:          Kevin, yeah.

Patton:          Alright, and can you describe those two guys to me,

Bailey:          Well um,

Patton:          the twins?

Bailey:          The twins, they were skinny, they were light skinned, they look like they were mixed or something, they had wavy hair but it was like a sandy blonde wavy hair.

Patton:          Sandy blonde?

Page #6
Statement of:        Barbara Bailey

Bailey:        Huh. Huh.

Patton:        **(Inaudible)** color?

Bailey:        **(Inaudible)** color.

Patton:        And how was the, how did they wear their hair?

Bailey:        One of them had like a short blow out. He just wore his hair wild wavy and um, the other one had corn rows that was going back and they were long corn rows. They probably reached down to his shoulders and he had them corn rowed back. But um,

Patton:        And this sandy,

Bailey:        They were both

Patton:        sandy blonde hair?

Bailey:        Yeah it was like sandy, huh, huh.

Patton:        Both of them had the same colored hair?

Bailey:        Yeah, same color hair, they

Patton:        But one had like it, was it like in a blow out?

Bailey:        Yeah, but his wasn't as long as his brothers, his was short. And they both kind of quiet, they ain't really didn't say much, they were quiet.

Patton:        O.k. and the guy, did you know of his second twin's name, did he ever say what his name was?

Bailey:        Ah, not that I remember. I he had

Patton:        Do you know which one, which one of the twins was Kevin?

Bailey:        No, I can't remember that. I can't

Patton:        Did they look like they were mixed black?

Page #7
Statement of:          Barbara Bailey

Bailey:          Yeah.

Patton:          Mixed?

Bailey:          Yeah, they looked like they were mixed or they had some other nationality in them like Puerto Rican or something.

Patton:          But they did have sandy blonde hair?

Bailey:          Huh. Huh.

Patton:          O.k. what about the guy Victor who ran off just as the fight started?

Bailey:          Well he was light skinned and had an even tone. He had some contacts in his eyes. They were, they were like silver or something they were a real, like the pupil of it, it wasn't like the normal size of a pupil it was like real big you know how you can see the pupil it's, it's kind of small?

Patton:          Right.

Bailey:          But this one like big so we knew it wasn't real you know and he, he admitted that, that wasn't real and he a real close haircut but

Patton:          And he was light skinned?

Bailey:          Yeah.

Patton:          Did he look like he was mixed also?

Bailey:          He looked like he could have been mixed.

Patton:          Did he say what his nationality was?

Bailey:          He said that he was half black and half Puerto Rican.

Patton:          Did he say where he lived, Victor?

Bailey:          Victor said he um, he lived out in D.C. but he use to live out in New York.

Patton:          Excuse me. Ah, the two twins they, they also said they were from D.C.?

Page #8
Statement of:       Barbara Bailey

Bailey:        Huh. Huh.  Well they was even, they were on the same (inaudible) the only thing with them was my sister had pointed out something.  She was like, "Where yall from?" cause they had on white slouch socks and nobody in Baltimore wears white slouch socks and so she said, "Are yall from D.C. or something or where yall from?" and he was like, "D.C." , and he was like, "How did you know?" and she was like, "Because yall dress different", she aint wanna really offend him but then she was like you know and, "Plus yall have on white slouch socks" and so um,

Patton:        And the guy, there was the dark skinned guy that's named Kevin?

Bailey:        Huh. Huh.

Patton:        O.k. can you describe him?

Bailey:        Can I describe him?

Patton:        Other than he was dark skinned.

Bailey:        He, he had um, he had like a , a, thick close haircut, kept waves, he had like wavy hair but it was um, it was close.  It wasn't long and it wasn't real short.  It was just close.  I could tell.

Patton:        Were they all about the same age?  Or the same approximate age?

Bailey:        Huh. Huh.

Patton:        They're all in their twenties?

Bailey:        They're all in their twenties.  That's what they look like.

Patton:        Did they say what kind of car they were driving?

Bailey:        Uh. Uh.

Patton:        They never bragged about what kind of car they had?

Bailey:        They didn't, they sure didn't.

Page #9
Statement of:      Barbara Bailey

Patton:  Did any of those guys have any distinguishable features other than the two twins had sandy blonde hair and Victor had curly black hair ah, correction

Bailey:  Uh. Uh.

Patton:  O.k. I'm sorry

Bailey:  No.

Patton:  the twins had good curly sandy blonde hair?

Bailey:  Huh. Huh.

Patton:  And ah, Victor's hair was ah,

Bailey:  Close cut.

Patton:  Close cut.

Bailey:  Close cut, he didn't have any hair you might as well say cause it was a real close cut.

Patton:  Black?

Bailey:  Huh. Huh.

Patton:  O.k. so they were from D.C. you don't know what kind of car, they didn't brag about what kind of car they were driving, they didn't have a chance to give you guys any telephone numbers?

Bailey:  Uh. Uh.

Patton:  Did they say where they worked at or, you know how guys brag about themselves when they're talking to women they always,

Bailey:  Yes.

Patton:  put themselves forward first.  Do you remember anything significant about what they may have said,

Page #10
Statement of:          Barbara Bailey

Bailey:              No they didn't

Patton:              about themselves?

Bailey:              Nope. No.

Patton:              And you'd never seen those guys before?

Bailey:              Never.

Patton:              That was the first time you ever seen?

Bailey:              The first time we met both of them groups.

Patton:              Did they say where they had came from and where they had been before
                     they met you guys?

Bailey:              Um, not that I can remember. I don't remember if they said anything
about                        anything except they were just hanging out.

Patton:              Now who was basically really engaged in a deep conversation with those
                     guys from D.C., which one of them your sister or Erica?

Bailey:              Um, probably, first it was my sister and then it was Erica. I mean, cause
                     my sister was talking to Victor at first but then when Montrell came over
                     there and he started like you know getting rowdy, Erica tried to kind of
                     ignore him so she was talking more to Victor than any, than any of us.
                     Cause Victor he was the more talkative one, he was the one that
                     approached us first and then the other one, the twins were the quiet ones
                     and Kevin he was try, trying talking but I think he was smoking
                     something, I'm not sure what he was smoking but he had, I think he had a
                     cigarette or something in his hand. But he was basically chilling

Patton:              Right.

Bailey:              the um, the dark skinned Kevin. He was just like, whatever, smoking.

Page #11
Statement of:          Barbara Baily

Patton:          Right.  O.k. Um, is there anything else you can remember about these guys that I didn't ask you that may help to identify them, thing about them? **(Please check).**  OH! there is, in our pre-interview you indicated that they were all wearing,

Bailey:          Oh, yeah, huh.huh, they were all wearing white t-shirts.

Patton:          White t-shirts?

Bailey:          Yeah.

Patton:          And shorts?

Bailey:          And shorts.

Patton:          And tennis shoes?

Bailey:          And tennis shoes

Patton:          And socks?

Bailey:          And some of them had white slouch socks on.

Patton:          Slouch socks on?  Those are the socks that hang down and drooped down

Bailey:          Yeah.

Patton:          towards your ankle.

Bailey:          Yeah, yeah, yeah. **(Inaudible).**

Patton:          You remember anything with heavy writing on their t-shirts of any kind?

Bailey:          No I, they were as simplest, you know, simplest white t-shirts **(inaudible).**

Patton:          Did you notice any of them had any, did they have any tatoos?

Bailey:          Uh. Uh. Nope!  Usually if I see one I'll look at it

Patton:          Right.

Page #12
Statement of:    Barbara Bailey

Bailey:    and then I'll remember.

Patton:    What about earrings and gold teeth?

Bailey:    Maybe, maybe Victor had one.

Patton:    Earring or gold teeth?

Bailey:    Oh earring?

Patton:    Yeah earring, Victor had an earring?

Bailey:    No. No.

Patton:    Oh, Victor had

Bailey:    I think he had a gold in his mouth. I think he had one.

Patton:    In the front?

Bailey:    One on the side, on um, yeah on the side (Inaudible). And, and ah,

Patton:    Alright um, we're gonna conclude the interview now. But if you think of anything after the interview I, I would appreciate that you give me a call. You have my telephone number, give me a call just let me know. Sometimes you remember things afterwards you know like,

Bailey:    Huh.Huh.

Patton:    something about it, oh yeah, he said he was, he had Alexis and mother worked at GM or something you know,

Bailey:    Huh. Huh.

Patton:    something like. Anything like that, I appreciate you ah, telephone call. Alright we're gonna conclude the interview, the time now is approximately ah, 1308 hours.

Transcribed by:    Eva E. Cooper