# EXHIBIT 4

The 12th of August 1998 the time now is approximately 11:38 hours. This is Detective Robert Patton Baltimore City Police Homicide Unit. Ah, conducting an interview with Ms. Charnetta Bailey in reference to the homicide stabbing of Montrell Crighton which occurred on the 18th of July 1998 at 0200 hours in the Inner Harbor Downtown Baltimore.

Patton:     O.k. Ms. Bailey for the record just tell me your full name your age your date of birth and your address?

Bailey:     I'm Charnetta Bailey my birthday is ████, I live at ████████████ and I'm 16.

Patton:     Sixteen. O.k. ah were you in the Inner Harbor on the 18th of July about 2 o'clock in the morning were an incident occurred where a person was ultimately stabbed, Montrell?

Bailey:     Yes I was.

Patton:     O.k. tell me in your own words exactly what happened that night.

Bailey:     O.k.

Patton:     From beginning to end wherever you want to start at but basically from when you guys get down there and, and you encounter everybody.

Bailey:     Well my sister and good a friend of ours named Erica, we parked on Gay Street and we walked on Gay Street and Montrell and Derrick and um, Schuggie was the first three guys that we met down there. We was on our way to Planet Hollywood but it happened to be closed, so before we got down there, we was talking to them the guy ah, Montrell was trying to talk to my friend Erica, um, Schuggie was trying to talk to me and the guy Derrick was trying to talk to my sister. And ah, they were conversating, all of us was conversating we all told them we had boyfriends but the ah, my friend Erica told him that she had a husband and she was married. So Montrell **(inaudible)** he was o.k. he told us that um, um, he was gonna leave us alone, he respect that we have boyfriends, I'll let yall go about yall business but it was nice meeting yall. So we walked on and we was going to Planet Hollywood we found out it was closed so we just said we was gonna walk around the Harbor. So we walked around the Harbor and stopped, my sister seen a couple of friends that she knew so we stopped and we was sitting on the bench. While they were talking um, Montrell, Derrick and Schuggie came back and Montrell was more hostile then. He was more like um, "What yall doing down here talking to them?" And was gossiping with us and my friend Erica was like, "This my spiritual brother, we're on a different level than us, down grading Montrell. So I thought that might have made him more pumper and um Schuggie was like, "Don't down grade my man! You don't know what kind of knowledge my man got in his head!

Page #2
Statement of:         Charnetta Bailey

Bailey:     Don't do that to my man!" And I was looking like why is Erica, you know, doing this. So um, they left us alone then and walked on or whatever. Then we stopped holding conversation with them we walked towards the Science Center. Then we turned back around and we seen a group of guys about 4 of them. One name was Victor. They were friendly light skinned. We called them Pretty Boys. They all had on white shorts , (inaudible) shoes and slouch socks. So we figured they were from D.C. Then we hold ah, slightly conversation with them and they told us that they were um, they were from D.C. and um, we found their names. One was um, Victor and one was Kevin and it was two Kevins and a Kiwi. Two, a Kevin and Kiwi were twins and then there was another Kevin.

Patton:     Kiwi?

Bailey:     Nick name.

Patton:     Nick name was Kiwi?

Bailey:     I guess so.

Patton:     So what did

Bailey:     (Inaudible). And they told us that we was a nice bunch that he was like um, usually the guys, the  girls that they meet down there have knuckleheads or chicken heads, don't got good heads on their shoulders. They was like that's a nice bunch they like the way we carried ourselves and pronounced our names and they was just talking and we were real proper. And um, um then Montrell, Derrick and Schuggie came over there. Montrell was more hostile then. He was talking to us with a um, aggressive tone, disrespecting us, calling us high priced whores and telling us that we, we can't talk to nobody cause, I guess he was trying to mess up our rap. Te, telling the guys that we had boyfriends, one was married and my sister had a boyfriend also. And was like, "Don't talk to them" and the other guys in the background, they didn't say anything to him. They just was like, " Um, we don't need this tonight!" And the guy , it was like, Schuggie was like, "Calm down Montrell, calm down!" And um, Schuggie um, Montrell was like, "Nah fuck them  niggas, we don't we, I don't care about them! They married, they married, they ain't nothing but high priced whores. They come down here with a 1000.00 dollar outfit on trying to be cute!" And it um, it, it escalated then it calmed down. And

Page #3
Statement of:       Charnetta Bailey

Bailey:      then um,  Montrell and his friends walked a different way we walked the opposite way and Montrell came running back towards us and got in our face and the guy, guy was like, "I don't need this tonight" he was like, "No what's up with us?" **(Inaudible)** was saying, "Come on fellows, come one fellows!" calling his fellows over there and Montrell and the guy named Kevin, the tall one not the twin they were walking around in a circle.  A beef , a beef like circle.  Then I didn't see anymore.  I turned around cause um, I was trying to gather up everybody and then Erica was like, "OOOOH he got banged in his mouth!"  And then I turned around I seen the blood.  Not here but here

Patton:      On his neck?

Bailey:      Yeah, he had on a white T-shirt so it was like real noticeable and um, the guy Victor, he, before the guy had got stabbed the guy named Victor um, ran off, but we didn't know he got stabbed we thought he was hit in the mouth.  And he was like um, the Kevin was like, "Ain't nobody to big to take, we could take down. Ain't nobody to big we could take down!"  Cause Kevin was skinnier than ah, Montrell.  And um, they started walking with a upper pace and they kept looking back.  And when I looked back Montrell was still standing so therefore I didn't know the knowledge that he was you know hurt or any.  Then um, we went, they walked towards the valet parking and we walked, we walked the same way but they ran across the, um that street, I'm not sure what that street is, that wide street towards valet parking and we ran towards Gay Street.  And we got in our car and we was still circling around trying to find them.  We heard the ambulance going on and we didn't think it was nothing severe.  I thought somebody finally called security and was you know, trying to calm everything down.  We heard the ambulance going on and we got in the car trying to ride around trying to find Victor and them we were, we road around for like 25 minutes trying to find them. We went, we went inside valet parking asking did a couple of guys leave and they didn't say anything.  They didn't tell us that no one left or nothing.  And um, then, that's about it and we went on home that evening **(inaudible).**

Patton:      Now there's 2 Kevin's ah, and a Kiwi?

Bailey:      Huh. Huh.

Patton:      Alright one Kevin was the one that was actually fighting with Montrell,

Bailey:      Huh. Huh.

Page #4
Statement of:          Charnetta Baily

Patton:        right?

Bailey:        Huh. Huh.

Patton:        Then there were the 2 twins?

Bailey:        Huh. Huh.

Patton:        And then there's Victor?

Bailey:        Right.

Patton:        Now which of the two twins was Kiwi?  Now one of them had their hair braided?

Bailey:        The light skinned one.

Patton:        O.k.

Bailey:        The light skinned one.

Patton:        The one that had his hair braided back?

Bailey:        Yeah, the one that had his hair braided back.

Patton:        O.k. that was Kiwi?

Bailey:        Huh.Huh.

Patton:        O.k. and Victor, you said his name was Victor

Bailey:        Huh. Huh.

Patton:        but then his friend said

Bailey:        I don't even, I think that was the other Kevin with the short hair was like calling Vicdamone.

Patton:        Vicdamone?  But you don't believe that was his last name cause that's an actor.

Bailey:        Huh.Huh.

Page #5
Statement of:          Charnetta Bailey

Patton:     Did they ever confirm the fact that they were from D.C. while you were talking to them.  I mean did that ever come out that they

Bailey:     Huh.Huh.

Patton:     were in fact from D. C.

Bailey:     Huh. Huh. Yeah.

Patton:     Victor

Bailey:     Was originally from New York.  He had said he was down here with these boys that's from D.C.

Patton:     And that was victim that you talked to?

Bailey:     Huh. Huh.

Patton:     Ah, did you see a knife or anything in anybody's hands?  In the guy Kevin's hands when they were, before they started fighting?

Bailey:     The distance that we were and how the energy that was there, I just thought it was a fist fight and I was scared that Kevin was gonna get hurt because Montrell was bigger than him you know, that's what my first thought was in my head.  And then when I seen Kevin, not Kevin, Montrell bent over like this, I said, "Oh that's right he was drunk and he was already worked up."  So I'm thinking that he wasn't gonna last long anyway when I seen Kevin walking away, I'm like that's probably why he was like, he was you know bent over some.  I didn't even realize, and I didn't see any **(inaudible)** or knife or nothing.

Patton:     Alright, now had you ever seen those guys before that day, the guys from D.C.?

Bailey:     No.

Patton:     Alright, but you knew Montrell and them before?

Bailey:     Uh. Uh.

Patton:     You didn't?  That was the first time you met them also?

Page#6
Statement of:        Charnetta Bailey

Bailey:       That was **(inaudible)**. Huh.Huh.  But um, Derrick said he re, remembered my sister from somewhere. But I'm not sure where he, where he remembered her from.  I guess later on he remembered her from Mondawmin or something.

Patton:       Mondawmin.  Alright.  Is there anything else you wanna tell me that ah, may help us identify these guys.  Anything you can remember?  Like they never, did they ever give you a phone number or anything?

Bailey:       No numbers, it never got that far.

Patton:       They never bragged about what kind of car they were driving?

Bailey:       Nope.

Patton:       What they did for a living?

Bailey:       No.

Patton:       I mean usual guy stuff that they,  you know how guys start bragging about who they are and what they did.

Bailey:       All we did is exchange names.  But then that's when Montrell came over there.  We asked them what they were getting into tonight and they said, "Nothing, what are yall getting into?"  And we was like nothing.

Patton:       Did they say, did they say where they had been before they came down there?

Bailey:       Uh. Uh.

Patton:       They never talked about what kind of car they were driving?

Bailey:       **(Didn't hear an answer).**

Patton:       Alright, ah,  we're gonna conclude the interview.  The time now is 11:48 hours.

Transcribed by:       Eva E. Cooper