# EXHIBIT 5

| SUPPLEMENT REPORT<br>Form 87 / 7  1160-25-53 | POLICE DEPARTMENT<br>BALTIMORE, MARYLAND | | 1. Arrest/Custody No. | 2. Post<br>112 | 3. Complaint No<br>98-1G13258 |
|---|---|---|---|---|---|

**TYPE OF REPORT:**
- ☐ Misc. Incident
- ☒ Crime Against Persons
- ☐ Crime Against Property
- ☐ Missing Person
- ☐ Custody
- ☐ Vehicle
- ☐ Accident

4. ☐ Continuation  ☒ Follow-Up

5. Complainant/Victim's Name (Last, First, Middle) (Firm Name if Business)
**CREIGHTON , MARTRELLE LAMAR**

6. Page  1  of  1

7. Crime/Incident  **HOMICIDE BY SHOOTING**

8. Crime/Incident Changed From

| 9. Date of Original Report<br>8 JULY 1998 | 10. Date/Time of This Report<br>16 NOVEMBER 1998 1503 | 11. Total Property Stolen<br>N/A | 12. Total Property Recovered<br>$ N/A | 13. Multiple Clearance<br>☐ Yes  ☐ No |
|---|---|---|---|---|

**Item No.**

14. NARRATIVE: Record your activity and all developments in the case subsequent to last report. List property first. Describe any property recovered. Show disposition of recovered property and list property numbers. Enter names and arrest numbers of any persons arrested. Explain any crime/incident classification change. Recommend case status. If multiple clearance, list complaint numbers. Indicate "Item Number Continued" at left, if any.

\***** PHOTOGRAPHIC LINE UP \*****

On the 12th of November 1998 at 1503 hours Mr. David Bishop was shown two photographic line up cards which contained color photographs of Kevin Lee Scott, SID # 1515718 and Keith Michael Scott, SID #1511964. Mr. Bishop viewed the line up cards and without hesitation positively identified Kevin Lee Scott, SID # 1515718 and Keith Michael Scott SID # 1511964 as being two of the subjects involved in the satbbing death of the captioned victim. The line up was conducted at 6930 Glenheights Avenue and witnessed by Detective Robert Patton and Detective Kirk H=stings of the Homicide Untt. The line up cards were placed in E.C.S. and stored under property number # 98060338

| 5. Complaint No. Dispatched Under Other Than Original | 16. Copies To | 17. Classification |
|---|---|---|

| 18. Reporting Officer (Print)  Seq. No.  Assignment<br>DET. ROBERT PATTON C792  CIB HOMICIDE UNIT | 19. Status: ☒ Open ☐ Suspended ☐ Closed | 20. Referred | 21. Teletype No. |
|---|---|---|---|

| 22. Reporting Officer (Sign)  Assignment  Address-Zip<br>Det. Patton CIB Homicide 601 E Fayett St | 23. Supervisor Approving  Seq No | 24. Reviewer |
|---|---|---|