# EXHIBIT 6

| SUPPLEMENT REPORT<br>Form 87 / 7  1160-25-53 | POLICE DEPARTMENT<br>BALTIMORE, MARYLAND | 1. Arrest/Custody No. | 2. Post<br>112 | 3. Complaint No.<br>98-1G13258 |
|---|---|---|---|---|

| TYPE OF REPORT: | | 5. Complainant/Victim's Name (Last, First, Middle) (Firm Name if Business) |
|---|---|---|
| ☐ Misc. Incident | ☐ Missing Person  4. ☐ Continuation  ☒ Follow-Up | CREIGHTON, MARTRELLE LAMAR |
| ☒ Crime Against Persons | ☐ Custody | |
| | ☐ Vehicle  6. Page  1  of  1 | 7. Crime/Incident  HOMICIDE BY STABBING |
| ☐ Crime Against Property | ☐ Accident | 8. Crime/Incident Changed From  N/A |

| 9. Date of Original Report<br>18 JULY 1998 | 10. Date/Time of This Report<br>20 NOVEMBER 1998 | 11. Total Property Stolen<br>$ N/A | 12. Total Property Recovered<br>$ N/A | 13. Multiple Clearance<br>☐ Yes  ☐ No |
|---|---|---|---|---|

**Item No.**

**14. NARRATIVE:** Record your activity and all developments in the case subsequent to last report. List property first. Describe any property recovered. Show disposition of recovered property and list property numbers. Enter names and arrest numbers of any persons arrested. Explain any crime/incident classification change. Recommend case status. If multiple clearance, list complaint numbers. Indicate "Item Number Continued" at left, if any.

****** PHOTOGRAPHIC LINE UP ******

On the 20th of November 1998 at 1110 hours Ms. Barbara Bailey was shown two photographic line up cards which contained color photographs of Kevin Lee Scott, SID # 1515718 and Keith Michael Scoot, SID # 1511964. Ms. Bailey viewed the both line up cards and without hesitation positively identified Kevin Lee Scott, SID # 1515718 and Keith Michael Scott, SID # 1511964 as being two of the subjects involved in the stabbing death of the captioned victim. The line up was conducted at 100 N. Calvert Street, room 308. The line up was witnessed by Detective Robert Patton and Detective Donald Gordon of the Homicide Unit. The photographic line up card was placed in E.C.S. and under property number # 98060338

| 15. Complaint No. Dispatched Under Other Than Original | 16. Copies To: | 17. Classification |
|---|---|---|

| 18. Reporting Officer (Print)  Seq. No.  Assignment<br>DET. ROBERT PATTON  C792  C.I.B. HOMICIDE | 19. Status  ☒ Open  ☐ Suspended  ☐ Closed | 20. Referred | 21. Teletype No |
|---|---|---|---|

| 22. Reporting Officer (Sign)  Assignment  Address-Zip<br>Det. _____ CIB 601 E Fayett St 21202 | 23. Supervisor Approving  Seq. No. | 24. Reviewer |
|---|---|---|

| SUPPLEMENT REPORT<br>Form 87 / 7    1160-25-53 | POLICE DEPARTMENT<br>BALTIMORE, MARYLAND | | 1. Arrest/Custody No. | 2. Post<br>112 | 3. Complaint No.<br>98-1G13258 |
|---|---|---|---|---|---|

| TYPE OF REPORT:<br>☐ Misc. Incident<br>☒ Crime Against Persons<br>☐ Crime Against Property | ☐ Missing Person<br>☐ Custody<br>☐ Vehicle<br>☐ Accident | 4. ☐ Continuation<br>☒ Follow-Up<br>6. Page<br>1  of 1 | 5. Complainant/Victim's Name (Last, First, Middle) (Firm Name if Business)<br>CREIGHTON, MARTRELLE LAMAR<br>7. Crime/Incident<br>HOMICIDE BY STABBING | | 8. Crime/Incident Changed From<br>N/A |
|---|---|---|---|---|---|

| 9. Date of Original Report<br>18 JULY 1998 | 10. Date/Time of This Report<br>20 NOVEMBER 1998 | 11. Total Property Stolen<br>$ N/A | 12. Total Property Recovered<br>$ N/A | 13. Multiple Clearance<br>☐ Yes    ☐ No |
|---|---|---|---|---|

**Item No.**

**14. NARRATIVE:** Record your activity and all developments in the case subsequent to last report. List property first. Describe any property recovered. Show disposition of recovered property and list property numbers. Enter names and arrest numbers of any persons arrested. Explain any crime/incident classification change. Recommend case status. If multiple clearance, list complaint numbers. Indicate "Item Number Continued" at left, if any.

****** PHOTOGRAPHIC  LINE  UP ******

On the 20th of November 1998 at 1100 hours Ms. Charnetta Bailey was shown two photographic line up cards which contained color photographs of Kevin Lee Scott, SID# 1515718 and Keith Michael Scott, SID # 1511964. Ms. Bailey viewed both line up cards and without hesitation  positively identified Kevin Lee  Scott, SID # 1515718 and Keith Michael Scott, SID #1511964 as being two of the subjects involved in the stabbing death of the captioned victim.  The line up was conducted at 100 N. Calver Street, room 308 and was witnessed by Detective Robert Patton and Detective Donald Gordon of the Homicide Unit. The line up cards were placed in E.C.S. and stored under property number # 98069338

| 15. Complaint No. Dispatched Under Other Than Original | 16. Copies To: | 17. Classification |
|---|---|---|

| 18. Reporting Officer (Print)    Seq. No.    Assignment<br>DET ROBERT PATTON  C792 CIB HOMICIDE UNIT | 19. Status:<br>☒ Open<br>☐ Suspended    ☐ Closed | 20. Referred | 21. Teletype No. |
|---|---|---|---|

| 22. Reporting Officer (Sign)    Assignment    Address-Zip<br>Det. Patton  CIB 601 E Fayette St | 23. Supervisor Approving    Seq. No. | 24. Reviewer |
|---|---|---|