# EXHIBIT 7

Today's date is the 2nd of February 1999. The time now is ah, 2055 hours. This is Detective Robert Patton, and Detective Kirk Hastings, of the Homicide Unit. We're conducting an interview with Mr. ah, Kevin Lee Scott, in reference to the Homicide of Martrell Lamar Kreighton, which occurred on the 18th of July 1998, at the Baltimore Inner Harbor Pavilion, on the ah, Promenade.

Patton:     Okay for the record ah, Kevin just tell us your full name, your age, and your date of birth please?

Scott:      Kevin Lee Scott.

Patton:     And your age?

Scott:      ███

Patton:     Okay and your birth date?

Scott:      ████

Patton:     Okay and were do you live?

Scott:      ██████

Patton:     Okay and were is that located?

Scott:      █████

Patton:     ██████ What's you telephone number there?

Scott:      Ah, ████

Patton:     Okay.

Scott:      Area code 301.

Patton:     301, okay do you have a brother?

Page - 2
STATEMENT OF:  Kevin Smith

Scott:      Yes I do.

Patton:     Okay, what's your brother's name?

Scott:      His name is ███████████

Patton:     Okay and do you have a nickname?

Scott:      Ah, common nickname is Twin, that's it.

Patton:     Twin, does your brother have a nickname?

Scott:      He go by the same.

Patton:     What?

Scott:      Twin.

Patton:     Twin? Okay, alright ah, on the ah, day I just told you the 18th of July, ah, you were down at the Inner Harbor, is that correct?

Scott:      Correct.

Patton:     Okay um, just tell me from the beginning ah, what you know, what you did that evening leading up to an altercation down ah, Inner Harbor?

Scott:      Leading up to what.

Patton:     To leading up to the altercation. There was a fight apparently at the Inner Harbor, right?

Scott:      Okay, right.

Patton:     Okay, now let me ask you first, you, you left Laurel to come to Baltimore, is that correct?

Scott:      Yes.

Patton:     That day, who was with you?

Scott:      Me, my brother and a friend of ours Kevin.

Patton:     Kevin, what's his last name?

Page - 3
STATEMENT OF:  Kevin Smith

| | |
|---|---|
| Scott: | Miller. |
| Patton: | Kevin Miller |
| Scott: | Yeah. |
| Patton: | Okay and ya'll came to Baltimore Inner Harbor, right? |
| Scott: | Correct. |
| Patton: | Okay and were'd you park your car? |
| Scott: | I believe it was a block and a half or two away from the Harbor. |
| Patton: | Okay, and do you know about what time you got down to Baltimore Harbor? |
| Scott: | I say it was between 7 and 9. |
| Patton: | Okay. |
| Scott: | I'm not sure. |
| Patton: | So tell me what did you guys do when you got down. |
| Scott: | When we got there we walked around for awhile. We had a few drinks, we stood by the water. On the way out, we ran into 2 guys. |
| Patton: | Okay and who were those 2 guys you ran into? |
| Scott: | That was Vick. |
| Patton: | Vick, you ran into a guy name Vick? |
| Scott: | Yeah. |
| Patton: | Okay. |
| Scott: | And a buddy of his. |
| Patton: | You know his buddies name? |
| Scott: | Nah, I'm not sure. |

Page - 4
STATEMENT OF:  Kevin Smith


Patton:     Had you ever seen him before, the buddy of
            Vick?

Scott:      Yeah, I think I seen him before, but I'm not sure
            who he exactly is.

Patton:     And do you know Vick's last name?

Scott:      No I don't.

Patton:     Okay, do you know were Vick lives?

Scott:      No I don't. I know he stayed in the area of Laurel.

Patton:     Okay, do you know what kind of car he, he drives
            or use to drive?

Scott:      Yes he use to drive a 4 door grey, Cutless or
            Oldsmobile.

Patton:     Okay alright so your walking out, you say your
            on your way out of the Harbor when you run into
            Vick and, and a friend of his?

Scott:      Correct.

Patton:     What happened after that, inaudible Vick.?

Scott:      He stopped us, asked what we was doing, what's
            up. And was we like nothing, what's up. We was
            getting ready to leave out and the same time um,
            these 3 girls walked passed. Well a few minutes
            later, 3 girls, I don't, I don't remember if it was
            2 or 3. They came pass, Vick called them out, they
            stopped, they was talking to him for, I say maybe
            maybe close to 5 minutes. And that's when these
            other 3 guys came up. A big tall dude, and 2 short
            guys. And he was being loud, I can't remember what
            he was saying to the girl, but he was saying
            something to the girls as if, like it was his
            girlfriend or something. So by that time he was
            yelling yelling, girls said something, something
            to him. I guess, I don't know if they know him or
            they didn't and they pulled Vick away. And then
            them 4 was walking, or them 3. I'm not sure how
            many girls it was. And um, so we start walking,

Page - 5
STATEMENT OF:  Kevin Smith


keep walking the way we was going leaving out. So **inaudible**, the big dude still yelling, **inaudible** him yelling. And he was coming up behind ah, he was over to my left I believe or my right. He came up was yelling, had his guards up to big boy or whoever that was. And ah, I glanced back and see Vick swinging, hit him up in this area somewhere.

Patton:     In the face?

Scott:      In the face, facial area. So and he, he just broke after that.

Patton:     Who broke Vick?

Scott:      Vick ran, he took off running. And recall the girls laughing like hah hah. And you know we still, I wasn't, I was paying attention, but I wasn't paying attention. So they stated laughing, we still walking. Two dudes, two dudes chased Vick or I don't know if they were with Vick or them guys, I'm not, that's, that's what I'm not sure of. They they chased him and that's was that. We preceded on to our car, got in the vehicle and left, came on back to Laurel.

Patton:     You said the tall, the big guy that was arguing with the girls, or was having words with those girls came up to to to Vick and his friend as there walking away with the girls?

Scott:      Yeah.

Patton:     From behind?

Scott:      Yeah.

Patton:     And then you saw Vick hit the guy, hit the big tall guy in the, in the face?

Scott:      Yeah.

Patton:     Now did anybody else hit, hit him?

Scott:      **Inaudible.**

Page - 6
STATEMENT OF:  Kevin Smith

| | |
|---|---|
| Patton: | Did anybody else fight? |
| Scott: | That that, that was it. |
| Patton: | So the only that was throwing any punches was Vick and the tall guy? |
| Scott: | Yeah. |
| Patton: | The guy, the guy that was arguing with the girls? |
| Scott: | Right. |
| Patton: | Okay, now did you or your brother or Kevin Miller fight anybody? |
| Scott: | No. |
| Patton: | Did you guys hit anybody? |
| Scott: | No. |
| Patton: | Did any of the friends that were with the victim, the big tall guy approach you guys and try to fight you guys? |
| Scott: | No. |
| Patton: | No. |
| Scott: | Not 2 words was said to me and I didn't say 2 words. |
| Patton: | Okay, so the only person that was. |
| Scott: | Matter fact ah, was I, see I was drunk, I don't remember, I think I was, I might of been talking to one of the little dudes. As far as like what's going on. I said **inaudible**. I remember, I think I remember, it keep flashing back that I, I think I talk to the smallest, was it big dude, another dude, you know like a younger dude. And I think I recall myself talking to him as in like, what's going on, you know we not trying to mess, we didn't know that was you girl and that's it. And then we left. |

Page - 7
STATEMENT OF:  Kevin Smith


Patton:        Now when you left, were was the big guy, what
               did he do? After, after Vick hit him, what did
               he do?

Scott:         He ain't do noting, he was just standing there.

Patton:        Did you see him bleeding or anything like that?

Scott:         No sir.

Patton:        You see anybody, anybody bleeding?

Scott:         I ain't see no blood. All I saw was a hit, run,
               girl started laughing and that was that. And I
               ain't think nothing of it.

Patton:        Did Vick have anything in his hands or have a
               knife, or ice pick, or, or ring or something on
               his hand?

Scott:         No.

Patton:        That you could see?

Scott:         No.

Patton:        Now describe Vick to me, how does he look?

Scott:         How does he look.

Patton:        Yeah.

Scott:         About medium build, near my height 5-10, 5-11,
               hispanic um, Puerto Rican or Spanish, I'm not
               sure which one.

Patton:        Is he light complexed?

Scott:         Real light complexed.

Patton:        Lighter than you?

Scott:         Yes.

Patton:        And how old is he about?

Page - 8
STATEMENT OF:  Kevin Smith

Scott:      Some where in his 20's.

Patton:     Okay, now describe Kevin Miller, how does he look?

Scott:      He's a maybe 6 foot, medium build, brown skin.

Patton:     How old is he about?

Scott:      Ah, I believe he's 21 now.

Patton:     Now you say there's a, a guy that's with Vick. How, can you describe what he look like, do you remember what he look like?

Scott:      Ah, he was brown skin, he had low hair and may have been 6 foot or under, ain't no taller.

Patton:     How as Vick wearing, how was Vick wearing his hair?

Scott:      How was he wearing his hair.

Patton:     Yeah, what style?

Scott:      It was real low, close cut.

Patton:     What about Kevin Miller, how is his hair?

Scott:      How was his hair, I believe it was low cut too. Like its all around shape up.

Patton:     Did you know those girls before you met them that night?

Scott:      No.

Patton:     Okay.

Scott:      I ain't know them.

Patton:     Had you ever seen the big guy or his friends before that night?

Scott:      I ain't seen none of them before that night.

Page - 9
STATEMENT OF:  Kevin Smith


Patton:     And the only person you really knew was Vick
            and had seen the guy that was with him before,
            but you don't know his name or anything?

Scott:      Yeah.

Patton:     That was with Vick?

Scott:      Correct.

Patton:     And the only person that you saw hit anybody was
            who?

Scott:      It was Vick punching him.

Patton:     I'm sorry?

Scott:      Vick was punching the, the um, tall guy.

Patton:     Did the tall guy swing back?

Scott:      Nah, Vick took off.

Patton:     Alright so Vick hit him, and just one punch
            thrown and that was it?

Scott:      That was it, that was it.

Patton:     And you guys went back to Laurel after that?

Scott:      Correct.

Patton:     Did you meet, meet up with those girls later?

Scott:      Nah.

Patton:     Did you ever call those girls later?

Scott:      No I didn't, I never talked to them.

Patton:     Did you guys ever give those girls your telephone
            numbers or anything like that?

Scott:      No.

Patton:     Alright um, I just want to back up a little bit.

Page - 10
STATEMENT OF:  Kevin Smith

Scott:      Um-hum.

Patton:     Um, before we conducted the taped interview um, we advised you of your rights, is that correct?

Scott:      Correct.

Patton:     Okay and we read you your rights. You read your right allow to us, is that correct?

Scott:      Yes.

Patton:     Okay and you put the, your initials on each one of the rights indicating that you understood each one of them?

Scott:      Yeah.

Patton:     And you signed your name on that form in 2 places?

Scott:      Yeah.

Patton:     Okay, now I'm, and on the Rights form you indicated that you wanted to talk to us without having a Lawyer present, is that correct?

Scott:      Correct.

Patton:     And that was free and voluntarily on your part, is that correct?

Scott:      Correct.

Patton:     Okay.

Scott:      I like to do both, I just, I like to talk now and I want, you know I just, wanna get, get it going.

Patton:     Okay um, did we force you to give this statement?

Scott:      No sir.

Patton:     Okay, and you understand that your under arrest, is that correct?

Scott:      Yeah I understand.

Page - 11
STATEMENT OF:  Kevin Smith

Patton:     That I told you that before we turned on the tape
            recorder, is that correct?

Scott:      Yes.

Patton:     And I told you your being charged with murder,
            is that correct?

Scott:      Yes.

Patton:     Okay and I told you who's murder your being charged
            with?

Scott:      Yeah.

Patton:     Okay, and you, when I read you, when you read the
            rights, you fully understood them, is that correct?

Scott:      Yes.

Patton:     Now let me ask you another question, do you know
            were Vick is now?

Scott:      Do I know.

Patton:     Yeah?

Scott:      I know he's locked up, but I couldn't tell you
            were at, or nothing like that.

Patton:     And how do you know that he's locked up?

Scott:      We saw it over Laurel and I seen it on the News
            for myself.

Patton:     Okay and he's locked up for what, do you know?

Scott:      Believe committing another murder crime in PG
            area.

Patton:     Okay.

Scott:      Three girls.

Patton:     Right now since that incident down the Inner Harbor
            had you seen Vick?

Page - 12
STATEMENT OF: Kevin Smith

Scott:     I seen him.

Patton:    Yeah.

Scott:     Since that night.

Patton:    The the night down at the Harbor?

Scott:     Ah, I may have seen him once or twice, driving.

Patton:    Did you talk to him?

Scott:     No.

Patton:    What about Kevin Miller, did you talk to Kevin Miller after that night?

Scott:     Yeah I talk to him.

Patton:    What did Kevin have to say about what happened that night?

Scott:     Ah that, we didn't talk about that.

Patton:    You didn't talk about what happened?

Scott:     I mean that, that wasn't nothing, I mean.

Patton:    Did you know that anyone died as a result of that fight you had down at the Harbor or was witnessed.

Scott:     No sir. That's why it seemed kind a inaudible, and its to me it was just funny cause he hit him and ran. It was like, hit and run incident. The girls laughed, I mean wasn't, wasn't no gun displayed, no knife, nothing. It, it was like simple punch and left. And we just come to find out that he stabbed him, so.

Patton:    Do you know if Vick had some keys?

Scott:     Some keys.

Patton:    Yeah.

Page - 13
STATEMENT OF:  Kevin Smith


Scott:      I mean I wouldn't know what he had with him or anything, only think I can tell you is what he was wearing that night. And we just, you know bumped into him on the way out.

Patton:     What were you wearing that night?

Scott:      I don't know, I can't tell you what I was wearing. In the summertime, I know I had to have on some shorts.

Patton:     Do you know what your brother had on and Kevin Miller was wearing that night?

Scott:      Shorts.

Patton:     Kevin Miller was wearing shorts too?

Scott:      Ah, I think so, sometime.

Patton:     And your brother was wearing shorts also?

Scott:      I don't see why not.

Patton:     Okay, is there anything else about what happened that that night at the Harbor that ah, you can tell us that we've not asked you about? Is there anything else that you remember about what happened that night?

Scott:      Ah.

Patton:     That we didn't talk about?

Scott:      Nah I don't think so.

Patton:     Okay, Detective Hastings you have any questions?

Hastings:   No I don't.

Patton:     Okay, alright um, the time now is approximately ah, 2110 hours. We're gonna conclude the interview.


Tape transcribed by Jackie Taylor on 2/25/99.