# EXHIBIT 8

Today's date is the 2nd of February 1999. The time now is approximately 1935 hours. This is Detective Robert Patton and Detective Kirk Hastings, of the Homicide Unit. We're in Lieutenant Cook's office. We're conducting an interview with Mr. Keith Mike, Michael Scott, in reference to the Homicide of Martrell Lamar Kreighton, which occurred on the 18th of July 1998, sometime about 0200 hours, in the Baltimore Inner Harbor area.

Patton:   Okay and for the record ah, Keith could you tell us your full name, your age, and your date of birth please?

Scott:   My name is Keith Michael Scott. My birthdate is ███████

Patton:   And ah, how old are you?

Scott:   Oh ██ years old.

Patton:   Okay and were do you live sir?

Scott:   ████████████████

Patton:   Okay ah, and you do you have a telephone there sir?

Scott:   Yes, my telephone number is ████████

Patton:   Okay and do you have a brother?

Scott:   Yes.

Patton:   What's his name?

Scott:   Kevin Scott.

Page - 2
STATEMENT OF:  Keith Scott


Patton:    Okay and he, is he your twin brother?

Scott:     Yes he is.

Patton:    Alright, before we get started I wanna go over
           your rights form with you. Okay earlier this evening
           at about 1835 hours, which is 6:35 p.m., we advised
           you of your rights, is that correct?

Scott:     Yes.

Patton:    Okay and we went, you read allow all 5 of your rights,
           is that correct?

Scott:     Yes.

Patton:    And you put, wrote the word yes and put your initials
           at the end of each one of those rights, is that correct?

Scott:     Yes.

Patton:    Okay and you signed your name underneath those rights
           indicating that you fully understood them, is that
           correct?

Scott:     Yes.

Patton:    Okay and you also signed your name on that form,
           indicating that you wanna to give a statement without
           having a Lawyer present, is that also correct?

Scott:     Yes.

Patton:    Okay, now I'm just gonna go over your rights form with
           you one more time. Number 1, You have the absolute right
           to remain silent. Do you understand that?

Scott:     Yes.

Patton:    Ah, you have to speak up louder?

Scott:     Yes I do.

Patton:    Okay, Number 2, Anything you say or write may be used
           against you in a Court of Law. Do you understand Mr.
           Scott?

Page - 3
STATEMENT OF:  Keith Scott


Scott:     Yes I do.

Patton:    Okay, You have the right to talk with a Lawyer at
           any time, before any questioning, before answering any
           questions, or during any questions. Do you understand
           that?

Scott:     Yes I do.

Patton:    Okay, If you want a Lawyer and can not afford to hire
           one you will not be asked any questions and the Court
           will be, will be requested to appoint a Lawyer for you.
           Do you understand that sir?

Scott:     Yes.

Patton:    Okay, If you agree to answer questions, you may stop
           at anytime and the request a Lawyer, and no further
           questions will be asked of you. Do you understand that
           sir?

Scott:     Yes.

Patton:    Ah, do you fully understand your rights sir?

Scott:     Yes I do.

Patton:    Okay now ah, on this form also, it indicates that you
           there's a sentence underneath that indicating that that
           you are willing to answer questions and you do not want
           an Attorney at this time. And your decision to answer
           questions without having an Attorney present is free and
           voluntarily on your part. Is that correct?

Scott:     Yes.

Patton:    You concur with that?

Scott:     Yes.

Patton:    Okay, and you signed your name under that statement,
           is that correct?

Scott:     Yes.

Page - 4
STATEMENT OF:  Keith Scott


Patton:    Okay, now we also told you that your under arrest. Did
           you understand that sir?

Scott:     Yes.

Patton:    Okay and we also told you that your being charged with
           the murder of Mr. Martrell Kreighton, is that, your
           understanding?

Scott:     Yes.

Patton:    Okay and ah, knowing all that do you still wanna give
           your statement about what happened at the Inner Harbor
           sir?

Scott:     Yes.

Patton:    Okay, alright ah, just start from the beginning ah,
           Mr. Scott and tell us about that morning, or that late
           evening at the Inner Harbor. First of all, do you
           remember what day of the week it was when?

Scott:     No I don't.

Patton:    Okay, alright just go ahead and start from the beginning
           about what happened, and who you were with? Alright go
           ahead sir?

Scott:     Okay.

Patton:    Alright before you got to the Inner Harbor where were
           you?

Scott:     I was around he Laurel area.

Patton:    Okay and how did you get to the Inner Harbor?

Scott:     We had drove up there.

Patton:    Alright and who was with you when you drove up there?

Scott:     It was me, my brother Kevin, a friend of mine name
           Kevin.

Patton:    Okay and your friend ah, your friend Kevin, what is
           his full name?

Page - 5
STATEMENT OF:  Keith Scott


Scott:     Kevin Anthony Miller.

Patton:    Okay and ah, were does he live?

Scott:     In the ██████ area.

Patton:    Do you know his address or what apartment complex he lives in?

Scott:     No I don't.

Patton:    Okay how old is he about?

Scott:     He's in his ██████.

Patton:    Okay and how long have you known ah, Kevin Anthony Miller?

Scott:     I've known him for about 3 or 4 years.

Patton:    Okay, now ah, who's car were you driving?

Scott:     We was in ah, a white car and my brother had drove up there.

Patton:    Was it your brother car or something or a friends car or what?

Scott:     No, we had brought it from a guy we know.

Patton:    Okay and what's his name?

Scott:     His name is Paul.

Patton:    Okay and what kind of car was it that you were driving?

Scott:     It was a 8, 86 **inaudible** Dodge, Dodge Aries, or Reliant, Dodge, Reliant.

Patton:    Okay, alright and ah, were did you guys park your car at when you got downtown Baltimore?

Scott:     It was one of the side streets.

Patton:    Now tell me from that point were you parked the car, or what your guys did after your parked the car that night?

Page - 6
STATEMENT OF:  Keith Scott


Scott:   We parked the car, we got out the car and went into the Harbor. Walked around for a while, you know having fun whatever. We went and had a couple of drinks.

Patton:  Did you go into a Bar?

Scott:   Yes.

Patton:  Do you know which Bar you went into?

Scott:   Ah, ump.

Patton:  I'm sorry, yes or no.

Scott:   No, no I don't.

Patton:  Okay go ahead sir, I'm sorry.

Scott:   And then after about a hour or so, we we was leaving the Harbor and we bumped into a guy we know from out Laurel name Vick. And inaudible what ever, what you doing up here. And about couple seconds, couple minutes went pass. Like 3 or 4 girls walked pass. And he had stopped them and was talking to them.

Patton:  Who is he?

Scott:   Vick had stopped the girls.

Patton:  Okay.

Scott:   And he was talking and about a couple minutes later so, 3 guys approached us, they was loud, drunk, yelling at the girls and us.

Patton:  You know what they were saying to you guys?

Scott:   No they was talking to the girls saying, you couldn't talk to me and all this, but you can talk to them.

Patton:  Who was saying that inaudible.

Scott:   The big guy, say his name was.

Patton:  There was a big guy and and 2 smaller guys?

Page - 7
STATEMENT OF:  Keith Scott


Scott:      Yes.

Patton:     Okay, so what happened after that?

Scott:      They they was arguing.

Patton:     Who, who was arguing?

Scott:      The big guy, he was talking to the girl.

Patton:     Okay.

Scott:      Saying why you couldn't mess with me, thought you
            was married and some other stuff I can't recall.
            So then, the girls had pulled off, like come on.
            And we had start walking off. And he was still yelling
            at them, he started coming up behind us. That's when
            he had approached Kevin Miller. We turn around and
            see Vick punch him and he ran off.

Patton:     Now when he approached Kevin Miller did he, did he
            and Kevin exchange blows?

Scott:      Nope.

Patton:     They argue?

Scott:      No.

Patton:     Did they have any words between them?

Scott:      No.

Patton:     So he approaches Kevin and does what? Kevin Miller I
            mean.

Scott:      He approached him like he was about to swing on him.

Patton:     Yeah, and then what happened?

Scott:      And that's when I see Vick hit him.

Patton:     Were did Vick hit him at?

Scott:      He punched him like on the side of his face.

Page - 8
STATEMENT OF:  Keith Scott


Patton:   How many times did Vick hit him?

Scott:    He just hit him one time.

Patton:   Did the guy start bleeding after Vick hit him?

Scott:    Yeah he was like his nose was bleeding.

Patton:   And then what happened?

Scott:    Then the girl started laughing saying that's what he get, or whatever. And then everybody just walked off.

Patton:   Did you walk or run?

Scott:    Started walking and then we started running.

Patton:   Then were did you go?

Scott:    We got in our car and left.

Patton:   Who, who got in the car with you?

Scott:    Me, my brother, and Kevin.

Patton:   Okay and were did ya'll go?

Scott:    Came back to Laurel. Dropped our friend off and went home.

Patton:   Were did ah, Vick go?

Scott:    I don't know were he went.

Patton:   Were did the girls go?

Scott:    I don't know were they went.

Patton:   Now this guy Vick do you know what his real name is?

Scott:    All I know is they call him Vick.

Patton:   Okay, and describe Vick to me?

Scott:    He's light skin, almost white, short hair, and a gold tooth.

Page - 9
STATEMENT OF:  Keith Scott


Patton:    Is he, how old is he about?

Scott:     He about 23, 24, I'm not sure.

Patton:    Do you know were he lives?

Scott:     He stayed in the Tall Oaks Apartments.

Patton:    I mean Vick? Were does Victor live?

Scott:     That's were he was staying at.

Patton:    In the Tall Oaks Apartments in Laurel?

Scott:     Yeah.

Patton:    Okay, do you know if he has a car?

Scott:     Yes he had a grey 4 door Delta 88.

Patton:    Do you know what year it was about? No.

Scott:     89, something.

Patton:    Now so basically your saying that, just to recap that
           the only person that was with you, that hit the tall
           guy, the guy that approached Kevin was Vick. Vick was
           the only one?

Scott:     Approached the other guy.

Patton:    Yeah was Vick the only one that hit anybody?

Scott:     Yes.

Patton:    Did you or your brother Kevin, Kevin Scott, hit the guy?

Scott:     No.

Patton:    Or exchange blows with anybody?

Scott:     Not at all.

Patton:    What about Kevin Miller, did he fight anybody?

Scott:     Not that I can recall, no.

Page - 10
STATEMENT OF:  Keith Scott


Patton:    I'm sorry?

Scott:     No he didn't.

Patton:    So the only person that was fighting was, was who?

Scott:     It really wasn't a fight, he just punch him and ran.

Patton:    He just hit him one time?

Scott:     Punched the guy and ran.

Patton:    And ran. Did Vick have anything in his hand?

Scott:     Not that I seen.

Patton:    Was he wearing any kind of big rings, or anything
           like that, or did he have a knife or ice pick, or?

Scott:     No he didn't.

Patton:    Or a weapon of some kind in his hand?

Scott:     No he didn't.

Patton:    Now did you see the, did the guy fall on the ground,
           fall down after Vick hit him?

Scott:     No not when he hit him.

Patton:    Was he bleeding?

Scott:     I seen blood on his face.

Patton:    Blood on his face?

Scott:     Well it look like blood.

Patton:    It look like blood. Was it a lot of blood or a little
           blood?

Scott:     Just a little bit, I think.

Patton:    Now what did the 2 smaller guys do when all of this
           was going on, what did they do?

Page - 11
STATEMENT OF:  Keith Scott


Scott:    I think they was standing on the side too?

Patton:   Did they fight?

Scott:    No.

Patton:   They grab anybody? They, they ain't try to fight you or your brother?

Scott:    No.

Patton:   Okay ah, now we had started talking to you earlier before we turned the tape on, did a little oral interview with you and I asked you tell me everything you know about Victor, right?

Scott:    Right.

Patton:   Had Victor been arrested before?

Scott:    Not that I know of.

Patton:   Is he in jail now?

Scott:    Yes he's currently incarcerated.

Patton:   And were at?

Scott:    I'm not sure were he's at.

Patton:   Were inaudible, do you know were he was arrested at, what County he's arrested?

Scott:    Yes his, he was arrested in PG County.

Patton:   You know what he's arrested for?

Scott:    No I don't.

Patton:   Did you tell us he was arrested in reference to some girls being killed in PG County? Did you say that?

Scott:    Yes from what I heard on the News, yes.

Patton:   And he was arrested with another individual that you know?

Page - 12
STATEMENT OF:  Keith Scott


Scott:      Yes.

Patton:     And that persons name was?

Scott:      Willis.

Patton:     Willis, you know his last name?

Scott:      I believe it's Haze, Hanes.

Patton:     Haze or Hanes?

Scott:      Yes.

Patton:     Okay now you, right now your wearing your hair braided to the back. Was you wearing your hair the same way that night this happened?

Scott:      No I wasn't.

Patton:     How was your hair?

Scott:      My hair was shorter than this.

Patton:     Was it braided up?

Scott:      Bush, not it wasn't braided at all.

Patton:     How was your brother Kevin Scott wearing his hair that night?

Scott:      I think he had his hair braided that night.

Patton:     Okay.

Scott:      In a pony tail.

Patton:     Describe, describe Kevin Miller, Kevin Anthony Miller for me, how tall is he about?

Scott:      About 6 foot, brown skin, like short hair.

Patton:     And is he light skin or dark skin?

Scott:      He's brown skin.

Page - 13
STATEMENT OF:  Keith Scott


Patton:    Brown skin, is he darker than you?

Scott:     Yes.

Patton:    And his hair was cut real close?

Scott:     Yes

Patton:    He is thick build, or thin build?

Scott:     No he's thin.

Patton:    Thin, do you remember what you were wearing that night?

Scott:     No I don't.

Patton:    Do you remember what Kevin was wearing that night?
           Your brother Kevin?

Scott:     No.

Patton:    Do you remember what Kevin Miller was wearing that night?

Scott:     Nope.

Patton:    Do you know if you had on long pants or shorts?

Scott:     I think I had on shorts.

Patton:    Do you know what kind of socks that you had on, had
           on that night?

Scott:     Ut-um.

Patton:    Did Kevin have on, Kevin Miller have on shorts?

Scott:     I think we all had on short, if I remember right,
           I'm not sure.

Patton:    What about Victor?

Scott:     Yes he had on shorts.

Patton:    Now when you guys left Laurel, did Victor leave Laurel
           with you guys the same time?

Page - 14
STATEMENT OF:  Keith Scott


Scott:      No he didn't.

Patton:     Did you, did you plan to meet Victor downtown at the
            Inner Harbor that day?

Scott:      No I didn't, no I didn't.

Patton:     So you just by happen to chance just ran into him,
            Victor?

Scott:      Yes.

Patton:     Okay now earlier you told us that Kevin Anthony Miller
            lived at the Fox Restwood Apartments in Laurel?

Scott:      Yes.

Patton:     Is that correct, okay. And you said he live with his
            mother?

Scott:      Yes.

Hastings:   I don't have any questions.

Patton:     Okay, um, now I just wanna recap this real quick. Did
            you that night fight and swing, hit anybody?

Scott:      No I didn't.

Patton:     Did your brother?

Scott:      No he didn't.

Patton:     Did Kevin Miller?

Scott:      No he didn't.

Patton:     Did Victor?

Scott:      Yes he swung on the guy.

Patton:     Is there anything else you wanna tell us about that night
            that we've didn't ask you about? Is there anything else?
            You have to say yes or no?

Scott:      No not at this moment, no.

Page - 15
STATEMENT OF:  Keith Scott


Patton:    Okay, Victor how long have you known this guy Victor?

Scott:     I say for about not even a year, half a year of so.

Patton:    You know how much he had to drink that night?

Scott:     A few cups.

Patton:    A few what?

Scott:     A few cups.

Patton:    Of what?

Scott:     I think Remey Martin, I'm not sure, I don't remember.

Patton:    Were you drunk?

Scott:     I wasn't intoxicated, I had been drinking.

Patton:    Was your brother drunk?

Scott:     Yeah he was drinking too?

Patton:    What about Victor?

Scott:     I can't recall.

Patton:    Okay ah, we're gonna conclude the interview with Mr. ah, Keith Michael Scott. Time now is 1955 hours.


Tape transcribed by Jackie Taylor on 2/25/99.