# EXHIBIT 9

Victor in Jail P.G. County     Dec'on Jam
Willis Hayes, Haines, killing three Girls
shooting 1996

Delta 88
old Delt. Grey 4Door

Victor    Apt complex    mixed    Kevin
Tall oaks #198 AA county

Kevin Anthony Miller     Tall 6'1 on 6'2"
M/B/ 20 to 21            Short Hair
                        Brn Skin
                        thin

Fox Restwoods Apts   Laurel MD
Lives with mother
410 unk

Drove/Kevin  white
Dodge Ridon to 86  4 Door
Paul is owner

1835
1840  Start Oral      Tape #1  19 35 hrs
1920  End Oral               19 55 hrs

Kevin told him Not say his name