# EXHIBIT 10

2 FEB 99 —

U.S. Park Police   CIB (office # 202-690-5050)
Det. RYDI ABT
*primary* * Det. JOE GREEN (PGR # 202-592-9780)
(office 202-401-5958 xt-649)

JAN '96 —   3/B/r VICTIMS
shot to death rt BW Pkwy

Dec '98   3 ARREST MADE
1) ████ HAYNES
PG County ID # 805870
PG County Sheriff ID # 261890

2) ████ HESS, m/13/20's

3) VICTOR GLORIA   SID # 1565443
AKA: VICTOR MORALES   FBI # 953670RA7
AKA: Pretty VIC
DOB: 10/2/74
10/2/75
10/7/75
ARRESTS IN following JURISDICTIONS;
1) MARYLAND — A.A. County
— Howard County
2) VIRGINIA
3) NEW YORK

Det.
JOE GREEN H
[Front Desk]

WITH THE INVESTIGATION SAY'S SHE HASN'T BEEN KEPT INFORMED? WE HAD QUITE A CONVERSATION IN THIS AREA!

③ WE WILL HAVE TO DISCUSS THE ENTIRE CONVERSATION. I TOLD HER YOU WOULD CALL HER. ④ SHE HAS INFORMATION REFERENCE TO SUSPECTS!



S/A Brad Sheafe
Calverton Office

Case Agent —

301-

301-

301-



- Fill Ins —

J 5 25 367 6 22 030

W 425 -603 003 770

-

10 Feb 99

301-
301-701-0017 Res.

301-
301-701-

S/A Brad Sheafe
FBI Calverton
Office

Case Agent
for Victor
Gloria

Det.
T.D.    T.D.
Harding

301-925-
5167

PG County
Police

1 set leg IRONS   LT. LEWIS
1 set. leg IRON'S   Sgt. NOLAN'S
1 set CUFFS — T. HANSEN (Homicide)
1 set CUFFS — D. TOWNSEND VCTF

3-B-F'S
JAN 96

AKA: Victor MORALES
Victor GLORIA (Pretty Vic)
6-2-74
0-2-75
SSID # 1565443

FBI # 95367ORA7

A A. Cont
Howard
N.Y.
VA
MD

T/p# 301-344-4250
S. PARK Police (CIB)
Det. RYDI ABT
T/p# 202-690-5050

PRIMARY:
Det Joseph Green
202-592-9780

Willis HAYNES
PG County ID 805890
PG " Sheriff ID#
261890
11-6-77

DUSTIN HESS
M/B

Directions to U.S. Park Police

S/B

295 — south to Wash. D.C
get off Howard Rd EXIT

make a Right onto Howard Rd
go through traffic light
to South Capital St. Bridge
go over Bridge (exit to Right)
move to Right
Service Rd.. to M St. make
a Right,
go to 2nd traffic light make a
Right turn into the Navy Yard.
Bldg. 136

202-401-5958-(649)

Photo Line up of Victor Gloria —

Victor Gloria "Vick"
B/M/ ▮▮▮▮▮ (24)
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
SID # 1565443
FBI # 953670RA7

Currently charged with murder
and is being held by U.S. Marshalls

Det Joe Green BS Park Police


Kevin Anthony Miller
DOB ▮▮▮▮▮▮  M/B/ (29)
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
SID 1628168
FBI 425320KAS

Arrest Laurel PD  9500023 - 3-22-95
Arrested PG County  1-9-98

---

Kevin → 2nd unk subject with "Vick"
        Kevin Miller was driving car

Keith → Kevin Scott was driving car
        had recently Purchased car from
        Subject known as Paul

        Did not indicate there was a
        second subject with "Nick"