# EXHIBIT 11

For
Baltimore City
Police

Det's Thanner
Det. Patton

Will Pick up on
2/4/99

Case 8:98-cr-00520-PJM Document 585-11 Filed 02/19/15 Page 3 of 6

## REQUEST FOR PHOTO SPREAD

Offense __Homicide__     CCN __2243-96__

Location of Off. __Rt 197__     Date of Off. __1-27-96__

Filler Photographs Selected by Investigator:

1. __45067__.    2. __45100__.    3. __44963__    4. __44933__.

5. __45147__.    6. __43739__.    7. __43701__.    8. __Suspect__.

9. _____.    10. _____.    11. _____.    12. _____.

Special Instruction: __For Baltimore City__

Requested By: __J N Green__     Date: __2/2/99__

Date Completed: __2/3/99__     ID Tech: ~~[redacted]~~ _JG_



USMS ███████ FBI NO. 953670RA7 DOB ███████

NAME  GLORIA, VICTOR  NMN

SEX M    RACE B    HAIR BLK  EYES BRO  HGT 5'7    WGT 150









