# EXHIBIT 13

| SUPPLEMENT REPORT<br>FORM 87/7 1160-25-53 | POLICE DEPARTMENT<br>BALTIMORE, MARYLAND | | 1. ARREST/CUSTODY NO. | 2. POST<br>112 | 3. COMPLAINT NO.<br>98-1G13258 |
|---|---|---|---|---|---|

| TYPE OF REPORT:<br>☐ Misc. Incident<br>☑ Crime Against Persons<br>☐ Crime Against Property | ☐ Missing Person<br>☐ Custody<br>☐ Vehicle<br>☐ Accident | 4. ☐ Continuation<br>☒ Follow-up<br>6. Page<br>1   of  1 | 5. Complainant/Victim's Name (Last, First, Middle) (Firm Name if Business)<br>CREIGHTON, MARTRELL LAMAR<br>7. Crime/Incident<br>HOMICIDE BY STABBING | | 8. Crime/Incident Changed From<br>N/A |
|---|---|---|---|---|---|
| 9. Date of Original Report<br>18 JULY 1998 | 10. Date/Time of This Report<br>19 MARCH 1999 @ 1007 HOURS | 11. Total Property Stolen<br>$N/A | 12. Total Property Recovered<br>$N/A | | 13. Multiple Clearance<br>☐ Yes    ☐ No |

**14. NARRATIVE:** Record your activity and all developments in the case subsequent to last report. List property first. Describe any property recovered. Show disposition of recovered property and list property numbers. Enter names and arrest numbers of any persons arrested. Explain any crime/incident classification change. Recommend case status. If multiple clearance, list complaint numbers. Indicate "Item Number Continued" at left, if any.

PHOTOGRAPHIC   LINE   UP

On the 19th of March 1999 Ms. Charnetta Bailey was shown two digital photographic line up cards which contained M.V.A. photographs of Kevin Anthony Miller and Victor Gloria. The photographic line ups were conducted at Calvert and Fayette streets, Clarence M. Mitchell Courthouse, Room 207. The line ups were witnessed by Detective Robert Patton and Detective John McGrath, V.C.D. Homicide Unit.

The photographic line up card containing the photograph of Kevin Anthony Miller was shown to Ms. Bailey at 1007 hours. Ms. Bailey viewed the line up card and without any hesitation positively identified Kevin Anthony Miller, S.I.D. # 1628168 as being one of four subjects involved in the captioned Homicide.

The photographic line up card containing the photograph of Victor Gloria was shown to Ms. Bailey at 1012 hours. Ms. Bailey viewed the line up card and was unable to make an identification.

The above photographic line up cards were placed in E.C.S. under property number # 99013066

| 15. Complaint No. Dispatched Under Other Than Original | | | 16. Copies To: | 17. Classification |
|---|---|---|---|---|
| 18. Reporting Officer (Print)<br>DET. ROBERT PATTON | Seq. No.<br>C792 | Assignment<br>VCD HOMICIDE UNIT | 19. Status: ☐ Open<br>☐ Suspended ☒ Closed | 20. Referred | 21. Teletype No. |
| 22. Reporting Officer (Sign) | Assignment<br>VCD HOMICIDE UNIT 601 E. FAYETTE ST. BALTO 21202 | Address – zip | 23. Supervisor Approving      Seq. No. | 24. Reviewer |