# EXHIBIT 15

4/12/99

Bobby

Re Victor Gloria

1  I spoke to AUSA Deborah Johnston concerning Victor Gloria on 4/12/99. She told me that Gloria pled guilty to AAF in triple murder case + that his plea agreement is sealed. The two Co-D's Willis Haynes + Dustin Higgs have trial date of 2-7-2000. Because plea agreement is sealed, she could not tell me if Gloria is going to testify ag't Co-D'

2  AUSA Johnston stated that it is possible that Co-D's - Scott, Scott + Miller are blaming Gloria because they are friends of D's in her case especially Haynes. She suggested that we talk to

① Joe Green Park Police
   B - 202 - 592-9780

③ Brad Sheafe  - FBI
   B - 301 - 701 - 0017

— they could give us background on case

After you talk to these officers, we will decide on next course of action, that is, either wait Gloria + charge him' or talk to his lawyer about the case.

4  Please call me

Mark Cohe