# EXHIBIT 17

| SUPPLEMENT REPORT Form 87 / 7 | POLICE DEPARTMENT BALTIMORE, MARYLAND | | 1. Arrest/Custody No. | 2. Post 112 | 3. Complaint No. 981G13258 |
|---|---|---|---|---|---|

**TYPE OF REPORT:**
- ☐ Misc. Incident
- ☒ Crime Against Persons
- ☐ Crime Against Property
- ☐ Missing Person
- ☐ Custody
- ☐ Vehicle
- ☐ Accident

4. ☐ Continuation ☒ Follow-Up

5. Complainant/Victim's Name (Last, First, Middle) (Firm Name if Business)
**Creighton, Martrelle Lamar**

6. Page 1 of 1

7. Crime/Incident **Homicide Stab/Cut**

8. Crime/Incident Changed From

| 9. Date of Original Report 07/18/98 | 10. Date/Time of This Report 06/08/99 1040 hours | 11. Total Property Stolen $ | 12. Total Property Recovered $ | 13. Multiple Clearances ☐ Yes ☐ No |
|---|---|---|---|---|

**Item No.**

14. NARRATIVE: Record your activity and all developments in the case subsequent to last report. List property first. Describe any property recovered. Show disposition of recovered property and list property numbers. Enter names and arrest numbers of any persons arrested. Explain any crime/incident classification change. Recommend case status. If multiple clearance, list complaint numbers. Indicate "Item Number Continued" at left, if any.

### PHOTOGRAPHIC LINE-UP

On the 8th of June 1999 and in reference to the above incident Mr. David Bishop was show a photographic line-up which contained the below listed color digital photographs.

| PHOTOGRAPH POSITION | STATE IDENTIFICATION NUMBERS |
|---|---|
| 1 | 463167 |
| 2 | 1653475 |
| 3 | 1833968 |
| 4 | 1870157 |
| 5 | 1625422 |
| 6 | 1628168 |

Mr. Bishop viewed the photographic array and without hesitation pointed to photograph #6, S.I.D. 1628168 and positively identified this subject as the person who stabbed the above listed victim. Photograph # 6, S.I.D. 1628168 is listed to Kevin Anthony Miller, Black Male, █████████████████████
The photographic Line-up was conducted at the Homicide office and witnessed by Detective Robert Patton and Detective Chris Bieling. The Photographic Line-Up was placed in E.C.S. and stored under property number 99028176

### INVESTIGATION TO CONTINUE

| 15. Complaint No. Dispatched Under Other Than Original | 16. Copies To: | 17. Classification |
|---|---|---|

| 18. Reporting Officer (Print) Patton, Robert Detective - C792 Homicide Unit | | 19. Status: ☐ Open ☐ Suspended ☒ Closed | 20. Referred | 21. Teletype No. |
|---|---|---|---|---|

| 22. Reporting Officer (Sign) De. | Assignment Komicide | Address-Zip 601 E Fayette St | 23. Supervisor Approving | Seq. No. | 24. Reviewer |
|---|---|---|---|---|---|