# EXHIBIT 18

| SUPPLEMENT REPORT<br>Form 87 / 7 | **POLICE DEPARTMENT**<br>**BALTIMORE, MARYLAND** | | | 1. Arrest/Custody No. | | 2. Post<br>1·12 | 3. Complaint No.<br>981G13258 |
|---|---|---|---|---|---|---|---|

| TYPE OF REPORT: | ☐ Missing Person | 4. ☐ Continuation<br>☒ Follow-Up | 5. Complaintant/Victim's Name (Last, First, Middle) (Firm Name if Business)<br>**Creighton, Martrelle Lamar** | | |
|---|---|---|---|---|---|
| ☐ Misc. Incident | ☐ Custody | | | | |
| ☑ Crime Against Persons | ☐ Vehicle | 6. Page<br>**1   of   1** | 7. Crime/Incident<br>**Homicide Stab/Cut** | 8. Crime/Incident Changed From | |
| ☐ Crime Against Property | ☐ Accident | | | | |

| 9. Date of Original Report<br>**07/18/98** | 10. Date/Time of This Report<br>**06/08/99  1030 hours** | 11. Total Property Stolen<br>$ | 12. Total Property Recovered<br>$ | 13. Multiple Clearances<br>☐ Yes    ☐ No |
|---|---|---|---|---|

| Item No. | 14. NARRATIVE: Record your activity and all developments in the case subsequent to last report. List property first. Describe any property recovered. Show disposition of recovered property and list property numbers. Enter names and arrest numbers of any persons arrested. Explain any crime/incident classification change. Recommend case status. If multiple clearance, list complaint numbers. Indicate "Item Number Continued" at left, if any. |
|---|---|

**PHOTOGRAPHIC LINE-UP**

On the 8th of June 1999 @ 1030 hours Mr. DAVID BISHOP was shown a Photographic Line-up which contained six digital M.V.A. photographs . One of the aforementioned photographs was of a subject identified as Mr. Victor Gloria , Black Male , DOB ▮▮▮▮▮ of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mr. Gloria was identified as being a principle in the captioned Stabbing Homicide and did not have a current photograph on file with this agency. Mr. Bishop viewed the Photographic Line-up card and  stated that he did not see anyone on the Line-up card that was either present or involved in the captioned Homicide.

The photographic line up was conducted at the Homicide office and witnessed by Detective Robert Patton and Detective John Thanner. The Photographic Line-up  card was placed in E.C.S. under property number, 9902817 6

**INVESTIGATION TO CONTINUE**

| 15. Complaint No. Dispatched Under Other Than Original | 16. Copies To: | 17. Classification |
|---|---|---|

| 18. Reporting Officer (Print)     Seq. No.     Assignment<br>Robert Patton   C792 : Homicide   Homicide | 19. Status:  ☐ Open<br>☐ Suspended  ☒ Closed | 20. Referred | 21. Teletype No. |
|---|---|---|---|

| 22. Reporting Officer (Sign)   Assignment   Address-Zip<br>Homicide  601 E Fayette | 23. Supervisor Approving   Seq. No. | 24. Reviewer |
|---|---|---|