# EXHIBIT 19

| SUPPLEMENT REPORT Form 87 / 7 | POLICE DEPARTMENT BALTIMORE, MARYLAND | | 1. Arrest/Custody No. | 2. Post 112 | 3. Complaint No. 981G13258 |
|---|---|---|---|---|---|

| TYPE OF REPORT: ☐ Misc. Incident ☑ Crime Against Persons ☐ Crime Against Property | ☐ Missing Person ☐ Custody ☐ Vehicle ☐ Accident | 4. ☐ Continuation ☒ Follow-Up | 5. Complainant/Victim's Name (Last, First, Middle) (Firm Name if Business) **Creighton, Martrelle Lamar** | | |
|---|---|---|---|---|---|
| | | 6. Page 1 of 1 | 7. Crime/Incident **Homicide Stab/Cut** | | 8. Crime/Incident Changed From |

| 9. Date of Original Report 07/18/98 | 10. Date/Time of This Report 06/11/1999 1325 Hours | 11. Total Property Stolen $ | 12. Total Property Recovered $ | 13. Multiple Clearances ☐ Yes ☑ No |
|---|---|---|---|---|

**Item No.**

**14. NARRATIVE:** Record your activity and all developments in the case subsequent to last report. List property first. Describe any property recovered. Show disposition of recovered property and list property numbers. Enter names and arrest numbers of any persons arrested. Explain any crime/incident classification change. Recommend case status. If multiple clearance, list complaint numbers. Indicate "Item Number Continued" at left, if any.

PHOTOGRAPHIC LINE-UP

On the 11th of June 1999 at 1325 hours and in reference to the above incident Mr. CLARENCE WHITE was show a photographic line-up which contained the below listed black and white digital photographs.

| PHOTOGRAPH POSITION | STATE IDENTIFICATION NUMBERS |
|---|---|
| 1 | 463167 |
| 2 | 1653475 |
| 3 | 1833968 |
| 4 | 1870157 |
| 5 | 1625422 |
| 6 | 1628168 |

Mr. WHITE viewed the photographic array and without hesitation pointed to photograph #6, S.I.D. 1628168 and stated that the subject in photograph # 6, looks like the person who stabbed the above victim. Photograph # 6, S.I.D. 1628168 is listed to Kevin Anthony Miller, Black Male, ▓▓▓▓▓▓

The photographic Line-up was conducted at the Homicide office and witnessed by Detective Robert Patton and Detective John Thanner. The Photographic Line-Up was placed in E.C.S. and stored under property number 9902817 6

INVESTIGATION TO CONTINUE

| 15. Complaint No. Dispatched Under Other Than Original | 16. Copies To: | 17. Classification |
|---|---|---|

| 18. Reporting Officer (Print) Patton, Robert Detective - C.792 | Seq. No. | Assignment Homicide | 19. Status: ☐ Open ☐ Suspended ☒ Closed | 20. Referred | 21. Teletype No. |
|---|---|---|---|---|---|
| 22. Reporting Officer (Sign) | Assignment Homicide | Address-Zip 601 E Fayette | 23. Supervisor Approving | Seq. No. | 24. Reviewer |