# EXHIBIT 20

SUPPLEMENT REPORT
Form 87 / 7

POLICE DEPARTMENT
BALTIMORE, MARYLAND

| | 1. Arrest/Custody No. | 2. Post | 3. Complaint No. |
|---|---|---|---|
| | | 112 | 981G13258 |

| TYPE OF REPORT: | | 5. Complainant/Victim's Name (Last, First, Middle) (Firm Name if Business) |
|---|---|---|
| ☐ Misc. Incident | ☐ Missing Person  4. ☐ Continuation | Creighton, Martrelle Lamar |
| ☐ Crime Against Persons | ☐ Custody  ☒ Follow-Up | |
| ☐ Crime Against Property | ☐ Vehicle  6. Page | 7. Crime/Incident | 8. Crime/Incident Changed From |
| | ☐ Accident    1  of  1 | Homicide Stab/Cut | |

| 9. Date of Original Report | 10. Date/Time of This Report | 11. Total Property Stolen | 12. Total Property Recovered | 13. Multiple Clearances |
|---|---|---|---|---|
| 07/18/98 | 06/11/99 1337 HOURS | $ | $ | ☐ Yes   ☐ No |

| Item No. | 14. NARRATIVE: Record your activity and all developments in the case subsequent to last report. List property first. Describe any property recovered. Show disposition of recovered property and list property numbers. Enter names and arrest numbers of any persons arrested. Explain any crime/incident classification change. Recommend case status. If multiple clearance, list complaint numbers. Indicate "Item Number Continued" at left, if any. |
|---|---|

PHOTOGRAPHIC LINE-UP

On the 11th of June 1999 @ 1337 hours  Mr. Clarence White was shown a Photographic Line-up which contained the below listed photographs .

PHOTOGRAPH POSITION               STATE IDENTIFICATION NUMBER
1                                 1975107
2                                 2006545
3                                 2006509
4                                 1511964
5                                 1629486
6                                 1831030

Mr. White viewed the Photographic Line-Up card and pointed to photograph # 4 and  stated that the subject in photograph #4, S.I.D. # 1511964 was present when the captioned  stabbing murder occurred. Photograph # 4, S.I.D. # 1511964 is listed  KEITH MICHAEL SCOTT, B/M/█████████████████████████████████
████████ The Photographic Line-Up was conducted  at the Homicide office and witnessed by Detective Robert Patton and Detective John Thanner, V.C.D. Homicide Unit. The Photographic LIne-Up card was placed in E.C.S. under property number, 99028176

INVESTIGATION TO CONTINUE

| 15. Complaint No. Dispatched Under Other Than Original | 16. Copies To: | 17. Classification |
|---|---|---|

| 18. Reporting Officer (Print)   Seq. No.   Assignment | 19. Status:  ☐ Open  ☐ Suspended ☒ Closed | 20. Referred | 21. Teletype No. |
|---|---|---|---|
| Robert Patton – C792 : Homicide | | | |

| 22. Reporting Officer (Sign)   Assignment   Address-Zip | 23. Supervisor Approving   Seq. No. | 24. Reviewer |
|---|---|---|
| Det. White    Homicide  601 E Fayette St | | |

| SUPPLEMENT REPORT<br>Form 87 / 7 | | POLICE DEPARTMENT<br>BALTIMORE, MARYLAND | | 1. Arrest/Custody No. | 2. Post<br>112 | 3. Complaint No.<br>981G13258 |
|---|---|---|---|---|---|---|

| TYPE OF REPORT: | | 4. ☐ Continuation<br>☒ Follow-Up | 5. Complainant/Victim's Name (Last, First, Middle) (Firm Name if Business) | | |
|---|---|---|---|---|---|
| ☐ Misc. Incident | ☐ Missing Person<br>☐ Custody | | Creighton, Martrelle Lamar | | |
| ◉ Crime Against Persons<br>◉ Crime Against Property | ☐ Vehicle<br>☐ Accident | 6. Page<br>1  of  1 | 7. Crime/Incident<br>Homicide Stab/Cut | 8. Crime/Incident Changed From | |

| 9. Date of Original Report<br>07/18/98 | 10. Date/Time of This Report<br>06/11/99 1332 Hours | 11. Total Property Stolen<br>$ | 12. Total Property Recovered<br>$ | 13. Multiple Clearances<br>☐ Yes  ☐ No |
|---|---|---|---|---|

**Item No.**

14. NARRATIVE: Record your activity and all developments in the case subsequent to last report. List property first. Describe any property recovered. Show disposition of recovered property and list property numbers. Enter names and arrest numbers of any persons arrested. Explain any crime/incident classification change. Recommend case status. If multiple clearance, list complaint numbers. Indicate "Item Number Continued" at left, if any.

## PHOTOGRAPHIC LINE-UP

On the 11th of June 1999 @ 1332 hours Mr. Clarence White was shown a Photographic Line-up which contained the below listed photographs .

| PHOTOGRAPH POSITION | STATE IDENTIFICATION NUMBER |
|---|---|
| 1 | 1668493 |
| 2 | 1715258 |
| 3 | 1515718 |
| 4 | 1681708 |
| 5 | 1809859 |
| 6 | 1717977 |

Mr. White viewed the Photographic Line-Up card and pointed to photograph # 3 and stated that the subject in photograph #3, S.I.D. # 1515718 was present when the captioned stabbing murder occurred. Photograph # 3, S.I.D. # 1515718 is listed KEVIN LEE SCOTT, B/M/23, DOB 06-15-75 OF 9323 WYATT DRIVE LAUREL MARYLAND , 20706.The Photographic Line-Up was conducted at the Homicide office and witnessed by Detective Robert Patton and Detective John Thanner, V.C.D. Homicide Unit. The Photographic LIne-Up card was placed in E.C.S. under property number, 99028176

## INVESTIGATION TO CONTINUE

| 15. Complaint No. Dispatched Under Other Than Original | 16. Copies To: | 17. Classification |
|---|---|---|

| 18. Reporting Officer (Print)     Seq. No.     Assignment<br>Robert Patton  C792 : Homicide   Homicide | 19. Status: ☐ Open<br>☐ Suspended ☒ Closed | 20. Referred | 21. Teletype No. |
|---|---|---|---|
| 22. Reporting Officer (Sign)     Assignment     Address-Zip<br>   Homicide 601 E Fayette | 23. Supervisor Approving  Seq. No. | | 24. Reviewer |