# EXHIBIT 21

| SUPPLEMENT REPORT Form 87 / 7 | POLICE DEPARTMENT BALTIMORE, MARYLAND | | 1. Arrest/Custody No. | 2. Post 112 | 3. Complaint No. 981G13258 |
|---|---|---|---|---|---|

| TYPE OF REPORT: | | | 5. Complaintant/Victim's Name (Last, First, Middle) (Firm Name if Business) | | |
|---|---|---|---|---|---|
| ☐ Misc. Incident | ☐ Missing Person | 4. ☐ Continuation ☒ Follow-Up | Creighton, Martrelle Lamar | | |
| ☒ Crime Against Persons | ☐ Custody | | | | |
| ☐ Crime Against Property | ☐ Vehicle | 6. Page | 7. Crime/Incident | 8. Crime/Incident Changed From | |
| | ☐ Accident | 1 of 1 | Homicide Stab/Cut | | |

| 9. Date of Original Report 07/18/98 | 10. Date/Time of This Report 06/11/99 1343 hours | 11. Total Property Stolen $ | 12. Total Property Recovered $ | 13. Multiple Clearances ☐ Yes  ☐ No |
|---|---|---|---|---|

| Item No. | 14. NARRATIVE: Record your activity and all developments in the case subsequent to last report. List property first. Describe any property recovered. Show disposition of recovered property and list property numbers. Enter names and arrest numbers of any persons arrested. Explain any crime/incident classification change. Recommend case status. If multiple clearance, list complaint numbers. Indicate "Item Number Continued" at left, if any. |
|---|---|

**PHOTOGRAPHIC LINE-UP**

On the 11th of June 1999 @ 1343 hours Mr. CLARENCE WHITE was shown a Photographic Line-up which contained six digital M.V.A. photographs . One of the aforementioned photographs was of a subject identified as Mr. Victor Gloria , Black Male , DOB ██████ of ███████████████████ . Mr. Gloria was identified as being a principle in the captioned Stabbing Homicide and did not have a current photograph on file with this agency. Mr. White viewed the Photographic Line-up card and stated that he did not see anyone on the Line-up card that was either present or involved in the captioned Homicide.

The photographic line up was conducted at the Homicide office and witnessed by Detective Robert Patton and Detective John Thanner. The Photographic Line-up card was placed in E.C.S. under property number, 99028176

**INVESTIGATION TO CONTINUE**

| 15. Complaint No. Dispatched Under Other Than Original | 16. Copies To: | 17. Classification |
|---|---|---|

| 18. Reporting Officer (Print)  Seq. No.  Assignment Robert Patton  C792 : Homicide  Homicide | 19. Status:  ☐ i Open  ☒ Closed  ☐ Suspended | 20. Referred | 21. Teletype No. |
|---|---|---|---|

| 22. Reporting Officer (Sign)  Assignment  Address-Zip  Homicide  601 E. Fayette | 23. Supervisor Approving  Seq No. | 24. Reviewer |
|---|---|---|