# EXHIBIT 22

POLICE DEPARTMENT
BALTIMORE, MARYLAND

16 June 1999

TO:       Major Jeffrey S. Rosen
          Commanding Officer
          V.C.D. Homicide Unit

FROM:     Detective Robert L. Patton
          V.C.D. Homicide Unit

SUBJECT:  HOMICIDE BY STABBING
          MARTRELLE LAMAR CREIGHTON
          M/B/█ DOB █████████

          ████████████████████████████████████

          OCC: 18 JULY 1998 @ 0200 HOURS
          301 LIGHT STREET (SIDE WALK AREA)
          CC# 98-1G13258 H-98-172

SIR:

FOLLOW UP INVESTIGATION/ SUSPECTS REINTERVIEW/
          POLYGRAPH EXAMINATION


SUSPECTS:        Keith Michael Scott

                 ████████████████████

                 LAUREL MARYLAND 20706

                 Kevin Anthony Scott

                 ████████████████████

                 LAUREL MARYLAND 20706

                 Kevin Anthony Miller

                 ████████████████████

                 Victor Gloria

                 ████████████████████

                 (Currently in federal Custody)

PAGE TWO
FOLLOW UP INVESTIGATION
SUSPECTS REINTERVIEWED
POLYGRAPH EXAMINATION
16 JUNE 1999
H-98-172

On the 16th of June 1999 at 0900 hours and in furtherance of the captioned investigation. Your Investigators obtained the appropriate legal documents and transported Keith and Kevin Scott from the Baltimore City Detention Center to the Homicide office. Your Investigators planed to initiate a marathon interrogation initiative and administer polygraph examination on both suspects.

Your Investigators will note that the Scott brothers in concert with Kevin Anthony Miller have conspired together and have given statement implicating Victor Gloria. Your Investigators will note that three independent eyewitnesses have since positively identified Kevin Anthony Miller as the individual who stabbed the above victim.

Those same witnesses are shown photographic arrays, which contained photographs of Victor Gloria and are unable to make an identification and in their statements they make no reference to Victor Gloria. Prior to the polygraph examination your investigators interviewed the Scott brothers in an effort to determine if there was any changes in their original statements.

Your Investigators ultimately found that both suspects continue to maintain that Victor Gloria was the stabber and was the only person who engaged the victim in altercation. At this point we initiated the polygraph examination starting with Keith Scott. Keith Scott was then moved to the polygraph examination room where Detective J.T. Brown initiated the polygraph examination.

Your Investigators will note that while Keith was taking the polygraph examination your Investigators continued the interrogation of Kevin Scott. After an extensive examination Det. Brown reported that Keith Scott was given the examination a total of three times and ultimately failed all three examinations. At this point Kevin Scott was then taken to the polygraph examination room and Keith Scott was moved back to he Homicide office.

**PAGE THREE**
**FOLLOW UP INVESTIGATION**
**SUSPECTS REINTERVIEWED**
**POLYGRAPH EXAMINATION**
**16 JUNE 1999**
**H-98-172**

In reference to Kevin Scott he was ultimately given the same number of examinations and also failed each examination. Your Investigators will note that while Kevin Scott was in the polygraph room your Investigators continued the interrogation of Keith Scott and were ultimately unable to rehabilitate him. Kevin Scott was ultimately moved back to the Homicide office where your investigators continued the interrogation that ultimately yielded the same results. Your Investigators will note that the entire process encompassed several hours of comprehensive interrogation and interview, which ultimately had negative results. At conclusion the Scott brothers were transported back to B.C.D.C. with their conspiracy intact.

**INVETIAGTION TO CONTINUE**

**SUPERVISOR**

**DETECTIVE ROBERT PATTON**
**V.C.D. HOMICIDE UNIT**