# EXHIBIT 23

Circuit Court of Maryland
Go Back

## Case Information

Court System: **Circuit Court for Baltimore City - Criminal System**
Case Number: **199062008**   Case Status: **CLOSED**
Status Date: **08/30/1999**
Tracking Number: **981002174784**          Complaint No: **1G13258**
District Case No: **2B00323920**
Filing Date: **03/03/1999**

## Defendant Information

Defendant Name: **SCOTT, KEITH MICHAEL**
Race: **BLACK**          Sex: **MALE**
DOB: ███████████
Address: ███████████
City: **LAUREL**   State: **MD**   Zip Code: **20706**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **1**
CJIS/Traffic Code: **2 0900**          Arrest/Citation No: **000000**
Description: **MURDER-FIRST DEGREE**
Disposition: **LESSER INCLUDED OFFENSES**
Disposition Date: **08/30/1999**

Charge No: **2**
CJIS/Traffic Code: **1 5202**          Arrest/Citation No: **000000**
Description: **DEADLY WEAPON-CONCEAL**
Disposition: **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **08/30/1999**

Charge No: **3**
CJIS/Traffic Code: **1 5200**          Arrest/Citation No: **000000**
Description: **DEADLY WEAPON-INT INJURE**
Disposition: **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **08/30/1999**

Charge No: **4**
CJIS/Traffic Code: **1 1415**          Arrest/Citation No: **000000**
Description: **ASSAULT-SEC DEGREE**
Plea: **GUILTY**          Plea Date: **08/30/1999**
Disposition: **SENTENCED**
Disposition Date: **08/30/1999**
Verdict: **GUILTY**   Verdict Date: **08/30/1999**
Sentence Starts: **02/02/1999**          Sentence Date: **08/30/1999**

Case 8:98-cr-00520-PJM     Document 585-23     Filed 02/19/15     Page 3 of 7

Sentence Time: Yrs: **00**  Mos: **06**  Days: **29**  Confinement : **NC**

## Related Person Information

Name:**SCOTT, KEVIN LEE**
Connection:**CODEFENDANT**
Address:███████████████████
City: **COLLEGEPAR**  State: **MD**  Zip Code: **20740**

Name:**VOLATILE, GERARD**
Connection:**ASST STATES ATTORNEY**
Address:**120 E BALTIMORE ST #1019**
City: **BALTIMORE**  State: **MD**  Zip Code: **21202**

Name:**BARRICK, JOHN DET SGT**
Connection:**POLICE OFFICER**
Address:**CID**

Name:**GORDON, DONALD DET**
Connection:**POLICE OFFICER**
Address:**CID**

Name:**HASTINGS, KIRK DET**
Connection:**POLICE OFFICER**
Address:**CID**

Name:**KLEINOTA, JOSEPH DET**
Connection:**POLICE OFFICER**
Address:**CID**

Name:**RIVERA, LISSETTA TECH**
Connection:**POLICE OFFICER**
Address:**LD**

Name:**SERIO, SCOTT DET**
Connection:**POLICE OFFICER**
Address:**CID**

Name:**PATTON, ROBERT DET**
Connection:**PRIMARY POLICE OFFICER**
Address:**CID**

## Event History Information

| Event | Date | Comment |
|-------|------|---------|
| CONV | 01/01/1900 | **CASE HAS BEEN CONVERTED FOR DCM UPGRADE ON 20010330** |
| CONV | 01/01/1900 | **CASE HAS BEEN CONVERTED FOR W/Y2K UPGRADE ON 19990423** |
| CASI | 03/03/1999 | **CASE ADDED THROUGH ON-LINE ON THIS DATE 990311** |

Case 8:98-cr-00520-PJM    Document 585-23    Filed 02/19/15    Page 4 of 7

| HCAL | 04/22/1999 | P14;0930;330B;JT ; ;TSET; ;BROWN, R.W. ;849 |
| HCAL | 08/30/1999 | P03;0900;528 ;JT ;GP;JUDG; ;MITCHELL, D.B. ;842 |
| CCAS | 08/30/1999 | CASE CLOSED - ALL COUNTS DISPOSED Q226 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Circuit Court of Maryland
Go Back

## Case Information

Court System: **Circuit Court for Baltimore City - Criminal System**
Case Number: **199062009**  Case Status: **CLOSED**
Status Date: **08/30/1999**
Tracking Number: **981002174773**          Complaint No: **1G13258**
District Case No: **1B00323919**
Filing Date: **03/03/1999**

## Defendant Information

Defendant Name: **SCOTT, KEVIN LEE**
Race: **BLACK**          Sex: **MALE**
DOB:
Address:
City: **COLLEGEPAR**  State: **MD**  Zip Code: **20740**

ALIAS:
Address:
City: **LANHAM**  State: **MD**  Zip Code: **20706**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **1**
CJIS/Traffic Code: **2 0900**          Arrest/Citation No: **0000000**
Description: **MURDER-FIRST DEGREE**
Disposition: **LESSER INCLUDED OFFENSES**
Disposition Date: **08/30/1999**

Charge No: **2**
CJIS/Traffic Code: **1 5202**          Arrest/Citation No: **0000000**
Description: **DEADLY WEAPON-CONCEAL**
Disposition: **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **08/30/1999**

Charge No: **3**
CJIS/Traffic Code: **1 5200**          Arrest/Citation No: **0000000**
Description: **DEADLY WEAPON-INT INJURE**
Disposition: **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **08/30/1999**

Charge No: **4**
CJIS/Traffic Code: **1 1415**          Arrest/Citation No: **0000000**
Description: **ASSAULT-SEC DEGREE**

Plea: **GUILTY**        Plea Date:**08/30/1999**
Disposition: **SENTENCED**
Disposition Date: **08/30/1999**
Verdict: **GUILTY**   Verdict Date: **08/30/1999**
Sentence Starts:**02/02/1999**        Sentence Date:**08/30/1999**
Sentence Time: Yrs: **00**  Mos: **06**  Days: **29**  Confinement : **NC**

## Related Person Information

Name:**SCOTT, KEITH MICHAEL**
Connection:**CODEFENDANT**
Address: █████████████████
City: ███████ State: **MD**  Zip Code: **20706**

---

Name:**VOLATILE, GERARD**
Connection:**ASST STATES ATTORNEY**
Address:**120 E BALTIMORE ST #1019**
City: **BALTIMORE**  State: **MD**  Zip Code: **21202**

Name:**BARRICK, JOHN DET SGT**
Connection:**POLICE OFFICER**
Address:**CID**

---

Name:**GORDON, DONALD DET**
Connection:**POLICE OFFICER**
Address:**CID**

---

Name:**HASTING, KIRK DET**
Connection:**POLICE OFFICER**
Address:**CID**

---

Name:**KLEINOTA, JOSEPH DET**
Connection:**POLICE OFFICER**
Address:**CID**

---

Name:**RIVERA, LISSETTE**
Connection:**POLICE OFFICER**
Address:**LD**

---

Name:**SERIO, SCOTT DET**
Connection:**POLICE OFFICER**
Address:**CID**

---

Name:**PATTON, ROBERT DET**
Connection:**PRIMARY POLICE OFFICER**
Address:**CID**

---

## Event History Information

Case 8:98-cr-00520-PJM    Document 585-23    Filed 02/19/15    Page 7 of 7

| Event | Date | Comment |
|-------|------|---------|
| CONV | 01/01/1900 | CASE HAS BEEN CONVERTED FOR DCM UPGRADE ON 20010330 |
| CONV | 01/01/1900 | CASE HAS BEEN CONVERTED FOR W/Y2K UPGRADE ON 19990423 |
| CASI | 03/03/1999 | CASE ADDED THROUGH ON-LINE ON THIS DATE 990311 |
| HCAL | 04/22/1999 | P14;0930;330B;JT ; ;TSET; ;BROWN, R.W. ;849 |
| HCAL | 08/30/1999 | P03;0900;528 ;JT ;GP;JUDG; ;MITCHELL, D.B. ;842 |
| CCAS | 08/30/1999 | CASE CLOSED - ALL COUNTS DISPOSED Q226 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*