# EXHIBIT 24

Circuit Court of Maryland
Go Back

## Case Information

Court System: **Circuit Court for Baltimore City - Criminal System**
Case Number: **199110054**  Case Status: **CLOSED**
Status Date: **12/14/1999**
Tracking Number: **991001198865**          Complaint No: **1G13258**
District Case No: **0B00359961**
Filing Date: **04/20/1999**

## Defendant Information

Defendant Name: **MILLER, KEVIN ANTHONY**
Race: **BLACK**          Sex: **MALE**
DOB: ▮▮▮▮▮▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮▮▮▮▮
City: ▮▮▮▮  State: **MD**  Zip Code: **20708**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **1**
CJIS/Traffic Code: **2 0900**
Description: **MURDER-FIRST DEGREE**
Disposition: **LESSER INCLUDED OFFENSES**
Disposition Date: **10/18/1999**

Charge No: **2**
CJIS/Traffic Code: **1 5202**
Description: **DEADLY WEAPON-CONCEAL**
Disposition: **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **12/10/1999**

Charge No: **3**
CJIS/Traffic Code: **1 5200**
Description: **DEADLY WEAPON-INT INJURE**
Disposition: **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **12/10/1999**

Charge No: **4**
CJIS/Traffic Code: **1 0999**
Description: **MURDER-2ND DEGREE**
Plea: **GUILTY**          Plea Date: **10/18/1999**
Disposition: **PROBATION AFTER CONVICTION**
Disposition Date: **12/10/1999**
Verdict: **GUILTY**  Verdict Date: **10/18/1999**
Sentence Starts: **04/07/1999**          Sentence Date: **12/10/1999**

Sentence Time: Yrs: **20**  Mos: **00**  Days: **00**  Confinement : **NC**
Suspended Time: Yrs: **15**  Mos: **00**  Days: **00**
Probation Time: Yrs: **03**  Mos: **00**  Days: **00**  Type: **Supervised**

## Related Person Information

Name:**CROWLEY, KIRK D**
Connection:**DEFENSE ATTORNEY**
Address: ███████████████
City: **BALTIMORE**  State: **MD**  Zip Code: **21202**

Name:**STEWART, NELSON R**
Connection:**ASST PUBLIC DEFENDER**
Address:**201 SAINT PAUL PLACE**
City: **BALTIMORE**  State: **MD**  Zip Code: **21202**

Name:**COHEN, MARK**
Connection:**ASST STATES ATTORNEY**
Address:**STATE'S ATTY OFFICE**
City: **BALTIMORE**  State: **MD**  Zip Code: **21202**

Name:**BARRICK, JOHN SGT**
Connection:**POLICE OFFICER**
Address:**TACT**

Name:**GORDON, DONALD DET**
Connection:**POLICE OFFICER**
Address:**TACT**

Name:**HASTINGS, KIRK DET**
Connection:**POLICE OFFICER**
Address:**TACT**

Name:**KLEINOTA, JOSEPH**
Connection:**POLICE OFFICER**
Address:**TACT**

Name:**PATTON, ROBERT DET**
Connection:**POLICE OFFICER**
Address:**TACT**

Name:**RIVERA, LISSETTE TECH**
Connection:**POLICE OFFICER**
Address:**TACT**

Name:**SERIO, SCOTT DET**
Connection:**POLICE OFFICER**
Address:**TACT**

## Event History Information

| Event | Date | Comment |
|---|---|---|
| CONV | 01/01/1900 | CASE HAS BEEN CONVERTED FOR DCM UPGRADE ON 20010330 |
| CASI | 04/20/1999 | CASE ADDED THROUGH ON-LINE ON THIS DATE 19990426 |
| MOTF | 05/13/1999 | MOTION FOR SPEEDY TRIAL |
| MOTF | 05/13/1999 | MOTION TO PRODUCE DOCUMENTS |
| MOTF | 05/13/1999 | REQUEST FOR DISCOVERY |
| MOTF | 05/13/1999 | MOTION TO SUPPRESS PURSUANT TO MD 4-252 AND 4-253 |
| MOTF | 05/13/1999 | MOTION FOR GRAND JURY TESTIMONY |
| MOTF | 05/13/1999 | DEMAND FOR CHEMIST |
| FILE | 05/13/1999 | FILED APD - STEWART, NELSON R , ESQ 809167 |
| MOTF | 05/25/1999 | MOTION FOR SPEEDY TRIAL |
| MOTF | 05/25/1999 | MOTION TO PRODUCE DOCUMENTS |
| MOTF | 05/25/1999 | REQUEST FOR DISCOVERY |
| MOTF | 05/25/1999 | MOTION TO SUPPRESS PURSUANT TO MD 4-252 AND 4-253 |
| MOTF | 05/25/1999 | MOTION FOR GRAND JURY TESTIMONY |
| MOTF | 05/25/1999 | DEMAND FOR CHEMIST |
| HCAL | 06/04/1999 | P30;0930;451 ;ARRG; ;TSET; ;MURDOCK, M. BRO;8B3 |
| HCAL | 08/30/1999 | P03;0900;528 ;JT ; ;POST;PX ;HELLER, ELLEN ;848 |
| HWNO | 08/30/1999 | HICKS (MARYLAND RULE 4-271) NOT WAIVED |
| HCAL | 10/18/1999 | P27;0900;406 ;JT ;GP;SUBC; ;QUARLES, WILLIA;8A9 |
| FILE | 10/18/1999 | FILED ADF - CRAWLEY, KIRK D , ESQ 174390 |
| HCAL | 12/10/1999 | P27;0930;406 ;DISP;DS;JUDG; ;QUARLES, WILLIA;8A9 |
| CCAS | 12/14/1999 | CASE CLOSED - ALL COUNTS DISPOSED Q226 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*