**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent, | : | Criminal No. PJM-98-0520 |
| | : | |
| v. | : | Peter J. Messitte, U.S.D.J. |
| | : | |
| DUSTIN JOHN HIGGS, | : | Greenbelt Division |
| | : | |
| Petitioner. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Petitioner Dustin Higgs, through counsel, respectfully moves for a 30-day extension of time within which to file a reply in support of his *Motion for Relief from Final Judgment Pursuant to Hazel-Atlas Glass Co. v. Hartford-Empire Co. and Federal Rule of Civil Procedure 60(d)* (Doc. 579) and his *Renewed Motion for Production of Exculpatory Evidence and Renewed Motion for Discovery* (Doc. 580).  In support of this motion, Mr. Higgs states as follows:

On December 4, 2014, Mr. Higgs filed a Motion for Relief from Final Judgment (Doc. 579) and a Renewed Motion for Production of Exculpatory Evidence and Discovery (Doc. 580). On December 23, 2014, the government filed an unopposed request for an extension of the deadline to file a response to February 20, 2015.  (Doc. 582).  The Court granted the government's motion that same day.  (Doc. 583).

On February 19, 2015, the government filed a consolidated response to Mr. Higgs's motions.  (Doc. 585).  Pursuant to Local Rule 105(2)(a) and Federal Rule of Civil Procedure 6(d), Mr. Higgs's reply is currently due on March 9, 2015.

1

Due to numerous competing deadlines, undersigned counsel respectfully request a 30-day extension of time within which to file a reply, i.e., an extension to April 8, 2015.  Undersigned counsel have consulted with counsel for the government, who have indicated that they do not oppose this motion.

WHEREFORE, Petitioner Dustin Higgs respectfully requests that the Court extend the deadline within which to file a reply to April 8, 2015.  A proposed order is attached.

Respectfully Submitted,


/s/ Matthew C. Lawry                                    /s/ Stephen H. Sachs
Matthew C. Lawry                                       Stephen H. Sachs
Federal Community Defender Office                      WilmerHale LLP
   for the Eastern District of Pennsylvania            Five Roland Mews
Curtis Center, Suite 545-West                          Baltimore, MD 21210
601 Walnut Street                                      (410) 532-8405
Philadelphia, PA 19106                                 Steve.Sachs@wilmerhale.com
215-928-0520
Matthew_Lawry@fd.org

Dated: March 4, 2015

2

**CERTIFICATE OF SERVICE**

I, Matthew C. Lawry, hereby certify that on this 4th day of March, 2015, I electronically

filed the foregoing motion using the Court's CM/ECF system.  Electronic notice will be provided

to the following individuals:

> James A. Crowell IV
> Sujit Raman
> Deborah A. Johnston
> Sandra Wilkinson
> Assistant United States Attorneys
> Office of the United States Attorney
> 6500 Cherrywood Lane, Suite 400
> Greenbelt, MD 20770-1249

> /s/ Matthew C. Lawry
> Matthew C. Lawry