**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

_____
                                        :
UNITED STATES OF AMERICA,               :
                                        :
               Respondent,              :       Criminal No. PJM-98-0520
                                        :
       v.                               :       Peter J. Messitte, U.S.D.J.
                                        :
DUSTIN JOHN HIGGS,                      :       Greenbelt Division
                                        :
               Petitioner.              :
_____:

**ORDER**

AND NOW, this _____ day of _____, 2015, upon consideration of

Petitioner's *Unopposed Motion for Extension of Time to File Reply*, and for good cause shown, it

is hereby ORDERED that the motion is GRANTED.  Petitioner shall have until April 8, 2015, to

file a reply in support of his Motion for Relief from Final Judgment (Doc. 579) and Renewed

Motion for Production of Exculpatory Evidence and Discovery (Doc. 580).


                                        By the Court:


                                        _____
                                        Peter J. Messitte
                                        United States District Judge