

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*James A. Crowell*
*Chief, Greenbelt Branch*
*James.A.Crowell@usdoj.gov*

*Mailing Address:*
*6500 Cherrywood Lane, Suite 200*
*Greenbelt, MD 20770-1249*

*Office Location:*
*6406 Ivy Lane, 8th Floor*
*Greenbelt, MD 20770-1249*

*DIRECT: 301-344-4235*
*MAIN: 301-344-4433*
*FAX: 301-344-4516*

May 20, 2015

The Honorable Peter J. Messitte
Senior United States District Judge
District of Maryland, Southern Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

>          **Re:    United States v.  Dustin John Higgs,**
>                    **Criminal No. PJM-98-0520**
>                    **Civil No. PJM-05-3180**

Dear Judge Messitte:

In his Reply in Support of Motion for Relief from Final Judgment [ECF No. 588], defendant Higgs argues that pursuant to Fed. R. Civ. P. 60(d) and 18 U.S.C. § 2255 he is entitled to a hearing on his motion for relief.  Defendant Higgs misstates the controlling standard and is not entitled to a hearing on his Rule 60(d) motion.

As fully detailed in the Government's Response to Petitioner's Motion [ECF No. 585] at 19, in order to obtain a hearing under Rule 60(d), the moving party bears the burden of proving a fraud upon the court by "clear and convincing" evidence.  Because defendant Higgs has failed to make any showing, let alone clear and convincing evidence, that the Government's actions constituted a fraud on the Court, he is not entitled to a hearing.  *United States v. MacDonald*, 161 F.2d 4, 1998 WL 637184, *3 (4th Cir. 1998).

Accordingly, for the reasons more fully articulated in its Response [ECF No. 585], the Government requests that this Court deny defendant Higgs' Motion to Alter or Amend Judgment Pursuant to Rule 60(d) and his renewed motion for discovery without a hearing.

1

Please do not hesitate to have your Chambers contact us if you have any questions or concerns.

Very truly yours,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
James A. Crowell, IV.
Sujit Raman
Deborah A. Johnston
Sandra Wilkinson
Assistant United States Attorneys

cc:     Counsel for Defendant Higgs

2