## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Respondent, | * | |
| | * | |
| v. | * | Crim. No. **PJM-98-0520** |
| | * | Civ. No. **PJM-05-3180** |
| | * | |
| **DUSTIN JOHN HIGGS,** | * | |
| | * | |
| Petitioner | * | |
| | * | |

## ORDER

Having considered Petitioner Dustin Higgs's Motion for Relief from Final Judgment Pursuant to *Hazel-Atlas Glass Co.* and Federal Rule of Civil Procedure 60(d), ECF No. 579, and his Renewed Motion for Production of Exculpatory Evidence and Renewed Motion for Discovery, ECF No. 580, and the Government's opposition to these Motions, it is, for the reasons set forth in the accompanying Memorandum Opinion, this 29th day of June, 2016

**ORDERED**

1. Defendant's Motion for Relief from Final Judgment Pursuant to *Hazel-Atlas Glass Co.* and Federal Rule of Civil Procedure 60(d), ECF No. 579, is **DENIED**; and

2. Defendant's Motion for Production of Exculpatory Evidence and Renewed Motion for Discovery, ECF No. 580, is **DENIED**.

_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**
