### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

_____
: 
UNITED STATES OF AMERICA,        :      Criminal No. PJM-98-0520
: 
           Respondent,     :      Civil No. PJM-05-3180
: 
         v.         :      Peter J. Messitte, U.S.D.J.
: 
DUSTIN JOHN HIGGS,         :      Greenbelt Division
: 
          Petitioner.      :
_____:

### NOTICE OF APPEAL

Petitioner Dustin Higgs, by counsel, hereby appeals from this Court's Order, entered June 29, 2016, denying Higgs's motion for relief pursuant to *Hazel-Atlas Glass Co.* and Fed. R. Civ. P. 60(d), and from each and every subsidiary adverse ruling and finding incorporated therein.

Respectfully Submitted,

/s/ Matthew C. Lawry                      /s/ Stephen H. Sachs
Matthew C. Lawry                          Stephen H. Sachs
Federal Community Defender Office         WilmerHale LLP
   for the Eastern District of Pennsylvania    Five Roland Mews
Curtis Center, Suite 545-West             Baltimore, MD 21210
601 Walnut Street                       (410) 532-8405
Philadelphia, PA 19106                Steve.Sachs@wilmerhale.com
215-928-0520
Matthew_Lawry@fd.org

Dated:  August 26, 2016

1

**CERTIFICATE OF SERVICE**

I, Stephen H. Sachs, hereby certify that on this 26th day of August, 2016, I electronically

filed the foregoing notice using the Court's CM/ECF system.  Electronic notice will be provided

to the following individuals:

> James A. Crowell IV
> Sujit Raman
> Deborah A. Johnston
> Sandra Wilkinson
> Assistant United States Attorneys
> Office of the United States Attorney
> 6500 Cherrywood Lane, Suite 400
> Greenbelt, MD 20770-1249


> /s/ Stephen H. Sachs
> Stephen H. Sachs

2