FILED:  August 30, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-15
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

        Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:98-cr-00520-PJM-2 8:05-cv-03180-PJM |
| Date notice of appeal filed in originating court: | 08/26/2016 |
| Appellant (s) | Dustin John Higgs |
| Appellate Case Number | 16-15 |
| Case Manager | RJ Warren 804-916-2702 |