FILED:  August 30, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-15
(8:98-cr-00520-PJM-2)
(8:05-cv-03180-PJM)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DUSTIN JOHN HIGGS

Defendant - Appellant

_____

O R D E R

_____

This appeal was noted from a final order adverse to the applicant in a case in

which 28 U.S.C. § 2253(c)(1) requires issuance of a certificate of appealability to

take an appeal. Rule 11(a) of the Rules Governing Section 2255 Cases provides that

the district court "must issue or deny a certificate of appealability when it enters a

final order adverse to the applicant" in such cases. The district court's order denying

relief in this case neither grants nor denies a certificate of appealability.

Accordingly, this case is remanded to the district court for the limited purpose of permitting the district court to supplement the record with an order granting or denying a certificate of appealability. If the court grants a certificate, the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2) must be stated.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk