| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Respondent, | * | |
| | * | |
| v. | * | Crim. No. **PJM-98-0520** |
| | * | Civ. No. **PJM-05-3180** |
| | * | |
| **DUSTIN JOHN HIGGS,** | * | |
| | * | |
| Petitioner | * | |
| | * | |

## ORDER

A Motion entitled "Petitioner's Motion for Certificate of Appealability" was filed in the above-captioned case on July 25, 2016. ECF No. 602. The Government has not responded. Accordingly, it is this 7th day of September, 2016, ORDERED:

1.  The United States Attorney SHALL RESPOND to the Motion within 30 days of the date of this order;

2.  Defendant MAY FILE ANY REPLY to the Response within 20 days following the Government's Response;

3.  The Clerk SHALL PROVIDE a copy of this Order to Defendant and to United States Attorneys Deborah A. Johnston, James A. Crowell, IV, Sandra Wilkinson, and Sujit Raman and to Stephen H. Sachs, Esquire, and Assistant Federal Defender Matthew C. Lawry.

_____
**/s/**
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**