## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Respondent, | * | |
| | * | |
| v. | * | Crim. No. **PJM-98-0520** |
| | * | Civ. No. **PJM-05-3180** |
| | * | |
| **DUSTIN JOHN HIGGS,** | * | |
| | * | |
| Petitioner | * | |
| | * | |

## ORDER

Having considered Petitioner Dustin Higgs' Motion for Certificate of Appealability, ECF No. 602, and the Government's opposition thereto, it is, for the reasons set forth in the accompanying Memorandum Opinion, this 22nd day of November, 2016

**ORDERED**

1. A Certificate of Appealability is **DENIED**; and

2. The Clerk of Court is **DIRECTED** to mail a copy of this Order and the accompanying Memorandum Opinion to Petitioner Higgs.

_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**