98-520

FILED ENTERED
LODGED RECEIVED

JAN 09 2018

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY
SOA

Willis Haynes
Reg.No. # 35389037
USP Atwater
P.O. Box 019001
Atwater, Ca. 95301

January 2, 2018

Dear Clerk,

I am writing to get a status update on the second successive 2255 that I was granted in July 2016.

Sincerely,
Willis M. Haynes