Willis Haynes #35389-037

United States Penitentiary Atwater
P.O. Box 019001
Atwater, CA. 95301

CLERK of
U.S. District Court
For The Southern District
of Maryland
6500 Cherrywood Lane
Greenbelt, MD. 20770

FILED ____ ____ ENTERED
____ LODGED ____ RECEIVED

JAN 0 9 2018

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

____ BY ____ SAT ____ DEPUTY