## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CASE NO.  PJM 98-520** |
| | * | |
| **DUSTIN JOHN HIGGS,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | *** | |

## ORDER

Pending before the Court is the Government's Motion to Amend Judgment and Order (ECF 414) in the above-captioned matter. Good cause having been established, it is this

_____ day of August 2020, **ORDERED** that the Judgment and Order (ECF 414) shall be amended by adding the following paragraph after the second full paragraph of page 3 to read:

"Because the law of the State of Maryland does not provide for implementation of a sentence of death, the sentence as to Dustin John Higgs shall be implemented as prescribed by the law of the State of Indiana."

In all other aspects, the Court's Judgment and Order signed on January 3, 2001 and entered by the Clerk on January 11, 2001, is unchanged and in full effect.

_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE