IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. PJM 98-620 |
| | ) | (Capital Case) |
| | ) | |
| DUSTIN JOHN HIGGS. | ) | |

DECLARATION OF TOM WATSON

I, Tom Watson, do hereby declare and state as follows:

1.    I am currently employed by the Bureau of Prisons (BOP) as the Complex Warden at the Federal Correctional Complex located in Terre Haute, Indiana (FCC Terre Haute), a position I have held since November 11, 2018. I have been employed by the BOP in areas of increasing responsibility since 1995.

2.    The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3.    As Warden at FCC Terre Haute, I am familiar with the procedures for executions conducted there.

4.    The only facilities currently used for carrying out federal executions are located at the Federal Correctional Complex in Terre Haute, Indiana (FCC Terre Haute). All but five federal defendants sentenced to death are incarcerated in the Special Confinement Unit (SCU) at FCC Terre Haute, pending their execution. Mr. Higgs is housed in the SCU at FCC Terre Haute.

1

5.   All eight federal executions that have taken place since the enactment of the Anti-Drug Abuse Act of 1988 and the Federal Death Penalty Act of 1994 have taken place at FCC Terre Haute, including five executions that took place between July 14, 2020, and August 28, 2020.

6.   The Bureau of Prisons maintains staff at FCC Terre Haute capable of carrying the duties necessary to support executions. Staff at FCC Terre Haute are trained in maintaining perimeter security, handling the logistics for all victim witnesses, inmate witnesses, and media witnesses. They have designated space for demonstrators both for and against the death penalty. Additionally, the longstanding relationships with local law enforcement and the community allow for additional support throughout the execution process.

7.   The physical layout of FCC Terre Haute is designed to carry out executions. For example, executions take place in an execution facility at FCC Terre Haute, which was specifically and uniquely designed for that purpose. Among other things, the execution facility design permits the secure entry of members of the public who wish to witness the execution—including victim witnesses, media witnesses, and witnesses chosen by the defendant, such as defense attorneys, spiritual advisors, and friends or family members. The facility is constructed with specific rooms for each of these groups, as well as a government witness room, an inmate holding cell, an officers' station, a chemical room (from which the lethal substances are injected), and the execution room itself.

8.   Additionally, during the five executions at FCC Terre Haute within the past two months, the Bureau of Prisons maintained an execution team consisting of approximately 40 staff members, generally from institutions other than FCC Terre Haute. The surrounding area of FCC Terre Haute allows for travel and lodging accommodations for these BOP staff members.

2

9.    If it were required that a federal execution take place somewhere other than FCC Terre Haute, security and logistical obstacles would be presented. Again, with very few exceptions, the vast majority of federal inmates with a death sentence are housed in the SCU at FCC Terre Haute. There is a dedicated unit team that ensures regular and frequent legal visits and legal calls are able to be accomplished. Furthermore, housing inmates with a sentence of Death on the same grounds where the execution is scheduled to be carried out allows the inmate's legal team virtually unfettered access to the inmate right up to the time of execution. This arrangement allows for the maximum security of the inmate and institution without the dedication of additional resources. Specifically, inmates under a sentence of Death are maximum custody inmates and require a large number of both BOP and U.S. Marshal staff to move outside of the institution. The fact that the inmates do not have to be transported off grounds greatly reduces the security risks inherent in moving a maximum custody inmate outside of the institution grounds.

10.    The BOP and FCC Terre Haute have taken many precautions and adopted procedures in light of the COVID-19 pandemic. Agency-wide modified operations in response to COVID-19 were announced by BOP on March 13, 2020. *See* https://www.bop.gov/resources/news/20200313_covid-19.jsp.[1]

11.    At FCC Terre Haute, all staff, inmates, and visitors are required to wear masks inside the institution. Masks are provided if a visitor does not have one. Additionally, all visitors

---

[1] While, this practice was initially scheduled to last for 30 days, it has been extended a number of times, and currently continues to September 30, 2020. *See* https://www.bop.gov/resources/news/ pdfs/20200414_press_release_action_plan_6.pdf; https://www.bop.gov/resources/news/ 20200520_covid-19_phase_seven.jsp; https://www.bop.gov/foia/docs//COVIDPhase8June30.pdf; and https://www.bop.gov/foia/docs//COVIDphase9_08052020.pdf.

can be provided full personal protective equipment (PPE) to include face shields, gowns, and gloves if they desire. Social distancing is practiced to the greatest extent possible.

12.    For the five execution events at FCC Terre Haute in the last two months, witnesses have been provided face masks, and were given the option of full personal protective equipment (PPE) to include face shields, gowns, and gloves if they desired. Social distancing was practiced to the greatest extent possible. For future events at FCC Terre Haute, witnesses would be afforded the same accommodations, subject to necessity and modifications for operational or safety concerns.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this __/__ day of September, 2020.

T.J. Watson
Federal Bureau of Prisons