**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| DUSTIN JOHN HIGGS, | * | Criminal No. **PJM 98-520** |
| | * | |
| Defendant. | * | |

**ORDER**

Upon consideration of Defendant's Motion to Strike or Summarily Deny, ECF No. 645, it

is, this 4th day of September 2020,

**ORDERED**

1.      Defendant's motion is **GRANTED IN PART** and **DENIED IN PART**. Said

motion is **DENIED** as to the request to strike or summarily deny ECF Nos. 640 and 644 and is

**GRANTED** as to the request for leave to file a surreply.

2.      Defendant shall file a surreply on or before September 18, 2020.

_____
            PETER J. MESSITTE
      **UNITED STATES DISTRICT JUDGE**