IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

                        *

    v.                   *    **Crim. No. PJM 98-520**

                        *

DUSTIN JOHN HIGGS,          *

                        *

    Defendant          *

                        *

                   ******

## NOTICE

      The United States of America, by and through undersigned counsel, respectfully files this notice to inform the Court that the Department of Justice is likely to soon announce the scheduling of additional executions and there is a significant likelihood that Dustin John Higgs will receive an execution date.   We therefore respectfully request that the Court rule expeditiously on the government's request (ECF 640) that is now fully briefed (ECF 643, 644, 645) and order that the sentence be implemented in the State of Indiana in the manner prescribed by the law of that State. *See* 18 U.S.C. § 3596(a).

                        Respectfully submitted,

                        Robert K. Hur
                        United States Attorney
        By:_____/s/_____
                        Sandra Wilkinson
                        Assistant United States Attorney
                        U.S. Attorney's Office
                          For the District of Maryland
                        36 S. Charles St.
                        Baltimore, MD 21201

Certificate of Service
      I hereby certify that on this 17th day of November, 2020 I caused a true and correct copy of the foregoing to be emailed to counsel of record for the Defendant.

                        __/s/_____
                        Sandra Wilkinson