## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | No. 98-cr-520-PJM |
| | : | |
| | : | |
| DUSTIN JOHN HIGGS | : | |
| | : | |

## NOTICE OF POSITIVE COVID-19 TEST

DUSTIN JOHN HIGGS, by and through undersigned counsel, respectfully files this

Notice to inform the Court that the Bureau of Prisons notified counsel for Mr. Higgs on

Thursday, December 17, 2020, that Mr. Higgs has tested positive for COVID-19. Undersigned

counsel received a copy of Mr. Higgs's medical records confirming the positive test result and

indicating that he is currently symptomatic earlier today. The BOP's email to counsel revealing

the COVID-19 diagnosis is attached as Exhibit 1. Mr. Higgs's positive test result is attached as

Exhibit 2.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
  for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

/s/ Stephen H. Sachs
Stephen H. Sachs
Roland Park Place
830 W. 40th Street, Apt. 864
Baltimore, MD 21211
(410) 243-4589
stephenhsachs@gmail.com

Dated:  December 18, 2020

**CERTIFICATE OF SERVICE**

I, Stephen H. Sachs, hereby certify that on this 18th day of December, 2020, I electronically filed the foregoing document using the Court's CM/ECF system. Electronic notice will be provided to the following individuals:

Sandra Wilkinson
Debra Dwyer
Office of the United States Attorney
36 S. Charles St., Fourth Floor
Baltimore, MD 21201

Sujit Raman
Office of the United States Attorney
6500 Cherrywood Lane, Ste. 400
Greenbelt, MD 20770

James Crowell, IV
United States Department of Justice
Executive Office for United States Attorneys
950 Pennsylvania Ave., NE, Room 2443
Washington, DC 20530

/s/ Stephen H. Sachs
Stephen H. Sachs