| | |
|---|---|
| **From:** | Alexis McGee |
| **To:** | Sandra Castro |
| **Cc:** | Katherine Siereveld |
| **Subject:** | Re: Medical releases for Dustin Higgs |
| **Date:** | Thursday, December 17, 2020 12:31:02 PM |

Ms. Castro:

Thank you for sending along the releases. I am replying only to you as the release permits disclosure of information to specifically you. I can only confirm that your client Dustin Higgs has tested positive for COVID-19. We are unable to provide additional medical information at this time. However, you can contact Unit Team to set-up a legal call with your client. We will be trying to accommodate these calls in a quick manner so you may get any additional information from your client.

Sincerely,

Alexis L. McGee
*Attorney-Advisor*
*FCC Terre Haute*
*4700 Bureau Road South*
*Terre Haute, Indiana 47802*
*(812) 238-3496*

>>> Sandra Castro <Sandra_Castro@fd.org> 12/17/2020 12:17 PM >>>
>

Good afternoon. Attaching the various releases for Mr. Higgs to see if in fact tested positive for Covid. Feel free to respond to both of us as soon as you are able to. Thank you.

*Sandra Castro*
Paralegal
Federal Community Defender Office
For the Eastern District of Pennsylvania
Capital Habeas Unit
Suite 545 West-Curtis Building
601 Walnut Street
Philadelphia, PA 19106
(215)928-0520 (phone)
(215)928-0826 (fax)
SE HABLA ESPANOL