# Bureau of Prisons
# Health Services
# COVID-19 RNA

| Begin Date: | 12/07/2020 | | End Date: | 12/18/2020 |
|---|---|---|---|---|
| Reg #: | 31133-037 | | Inmate Name: | HIGGS, DUSTIN JOHN |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 RNA** | | **Provider** |
|---|---|---|---|
| 12/16/2020 17:34 THX | Positive | Symptomatic | Edwards, Cristi Phlebotomist |
| Symptomatic- SCU | | | |

**Orig Entered:**   12/16/2020 17:35 EST   Edwards, Cristi Phlebotomist

**Total:**  1