## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **V.** | * | **CRIM. NO. PJM-98-520** |
| | * | |
| **DUSTIN HIGGS,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |
| | * | |
| | ******** | |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of Ellen E. Nazmy as counsel for the United States of America

for all purposes in the above-captioned case.

Respectfully submitted,

Robert K. Hur
United States Attorney

BY:___/s/_____
Ellen E. Nazmy
Special Assistant United States Attorney