**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | |
| **DUSTIN HIGGS,** | * | **Criminal No.: PJM-98-520** |
| **Petitioner.** | * | |

...oOo...

**<u>NOTICE</u>**

In the matter of Federal Bureau of Prisons' Execution Protocol Cases, Case No. 19-mc-0145 (TSC), the U.S. District Court for the District of Columbia has ordered the parties to file a status report on December 28, 2020 regarding "whether the U.S. District Court for the District of Maryland has designated a state other than Maryland to carry out Plaintiff Higgs's execution." The parties in this case have completed briefing on the government's request that this Court order that Dustin Higgs's sentence be implemented in the State of Indiana in the manner prescribed by the law of that State. *See* 18 U.S.C. § 3596(a) ("If the law of the State does not provide for implementation of a sentence of death, *the court shall designate another State*, the law of which does provide for the implementation of a sentence of death, and the sentence shall be implemented in the latter State in the manner prescribed by such law.") (emphasis added). And we are now less than three weeks from the scheduled date of Dustin Higgs' execution (January 15, 2021). To give other courts as well as family members of the victims and personnel at the Federal Bureau of Prisons much-needed clarity, and for the additional reasons articulated by the government in its briefs (ECF Nos. 640 and 644) and during this Court's December 8 status conference, we respectfully urge the Court to rule on the government's request by December 28. If this Court is

1

unable to rule by then, we respectfully urge the Court to rule no later than December 31.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:    _____/s/_____
Ellen E. Nazmy
Special Assistant United States Attorney

_____/s/_____
Sandra Wilkinson
Assistant United States Attorney

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 25, 2020, a copy of the foregoing Notice was delivered via ECF to counsel for the Defendant.

By:      _____/s/_____

Ellen E. Nazmy
Special Assistant United States Attorney

3