## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *

                           *

v.                          *

                           *

**DUSTIN JOHN HIGGS,**      *     Criminal No. **PJM 98-520**

                           *

Defendant.                  *

## ORDER

Upon consideration of the Government's Motion to Amend Judgment and Order, ECF No. 640, the Government's request to "supplement" said order, and Defendant's opposition thereto, it is, for the reasons stated in the accompanying Memorandum Opinion, this 29th day of December 2020,

## ORDERED

That the Government's motion and request are **DENIED.**

 

 

_____

            **PETER J. MESSITTE**
     **UNITED STATES DISTRICT JUDGE**