**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | |
| **DUSTIN HIGGS** | * | **CRIM. NO. PJM-98-520** |
| | * | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that the United States of America appeals to the United States Court

of Appeals for the Fourth Circuit from the district court's (Hon. Peter J. Messitte, J.) Memorandum

and Order (entered on the docket on December 29, 2020), ECF Nos. 657, 658.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:    _____/s/_____
Ellen E. Nazmy
Special Assistant United States Attorney

_____/s/_____
Jason Medinger
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 30th day of December 2020, a copy of the foregoing Notice of Appeal was filed via CM/ECF, and was thereby electronically served upon Matthew C. Lawry, Federal Public Defender: matthew_lawry@fd.org, and Stephen Howard Sachs, Esq.: steve.sachs@wilmerhale.com, counsel for Defendant.

By:       <u>       /s/       </u>

Ellen E. Nazmy
Special Assistant United States Attorney