FILED:  December 30, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-18
(8:98-cr-00520-PJM-2)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

DUSTIN JOHN HIGGS

Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:98-cr-00520-PJM-2 |
| Date notice of appeal filed in originating court: | 12/30/2020 |
| Appellant | United States of America |
| Appellate Case Number | 20-18 |
| Case Manager | Emily Borneisen 804-916-2704 |