# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 11, 2021

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219


Re:   United States
v. Dustin John Higgs
No. 20-927
(Your No. 20-18)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 11, 2021 and placed on the docket January 11, 2021 as No. 20-927.



Sincerely,

**Scott S. Harris**, Clerk

by

Mara Silver
Advising Attorney/Emergency Applications

Clerk