FILED:  January 13, 2021

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-18
(8:98-cr-00520-PJM-2)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

DUSTIN JOHN HIGGS

Defendant - Appellee

_____

O R D E R

_____

For reasons appearing to the court, the court grants a stay of execution

pending further order of the court.

Entered at the direction of Judge Keenan with the concurrence of Judge

Floyd. Judge Richardson voted to deny a stay of execution.

For the Court

/s/ Patricia S. Connor, Clerk