**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIM NO. PJM 98-520** |
| | ) | **(Capital Case)** |
| | ) | |
| DUSTIN JOHN HIGGS | ) | |

## ORDER

The Federal Death Penalty Act of 1994 provides that capital sentences for federal defendants are to be implemented "in the manner prescribed by the law of the State in which the sentence is imposed," but if the law of that state "does not provide for implementation of a sentence of death, the court shall designate another State, the law of which does provide for the implementation of a sentence of death, and the sentence shall be implemented in the latter State in the manner prescribed by such law." 18 U.S.C. § 3596(a). Because the law of the State of Maryland does not provide for implementation of a sentence of death, the Court orders, pursuant to 18 U.S.C. § 3596(a), that Dustin John Higgs's sentence of death shall be implemented in the State of Indiana in the manner prescribed by the law of that State.

Peter J. Messitte
United States District Judge

Dated: 1/15/2021