FILED: January 15, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-18
(8:98-cr-00520-PJM-2)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

DUSTIN JOHN HIGGS

Defendant - Appellee

_____

O R D E R

_____

Upon direction from the Supreme Court of the United States, this Court

remands this case to the United States District Court for the District of Maryland

for the prompt designation of Indiana under 18 U.S.C. § 3596(a).

For the Court

/s/ Patricia S. Connor, Clerk