**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | **Crim. No. PJM 98-520** |
| | * | |
| DUSTIN JOHN HIGGS, and | * | |
| WILLIS MARK HAYNES, | * | |
| | * | |
| Defendants | * | |

**\*\*\*\*\*\*\***

**GOVERNMENT'S MOTION FOR ORDER AUTHORIZING THE FEDERAL BUREAU**
**OF INVESTIGATION TO DESTROY FIREARMS AND AMMUNITION**

Comes now the United States of America, by and through undersigned counsel, and hereby moves this Court for an Order authorizing the Federal Bureau of Investigation ("FBI") to destroy firearms evidence maintained in connection in connection with the above captioned case and as grounds therefore states:

1.      Defendants Higgs and Haynes were convicted almost twenty years ago of various charges related to a triple homicide in 1998.   Haynes is serving a life sentence; Higgs was executed in January 2021.   Litigation in these cases has been exhausted.

2.      The FBI seized and/or obtained custody of various firearms and ammunition in connection with the investigation and has maintained those items pending exhaustion of the litigation in the case.   The FBI has provided a list of the items that need to be destroyed and those items are listed in the attached proposed order.   Specifically:

a.   The following was seized in *United States v. Haynes,* 99-cr-00289-PJM. According to the statement of facts in Willis HAYNES' plea signed 07/12/1999, the items referenced below from Howard County Police were seized during a traffic stop on 11/26/1996 and later transferred to the FBI in reference to the above-captioned case.   (1)   ONE HOWARD CY

PD EVIDENCE BAG CONTAINING ONE SIG SAUER 45 CALIBER SEMI-AUTOMATIC HANDGUN S/N#G183325; (2)   ONE HOWARD CY PD EVIDENCE BAG CONTAINING SIX 45 CALIBER BULLETS MARKED "ELD 45 AUTO" AND ONE CASING MARKED "ELD 45 AUTO" (3) ONE HOWARD CY PD EVIDENCE BAG CONTAINING A SIG SAUER 45 CALIBER MAGAZINE, SINGLE STACK (4) ONE "SPEEDWELL" PAPER TARGET USED IN THE TEST FIRE OF ITEM #1.

b. The below listed evidence was seized by Bladensburg Police Department on 03/21/1996 at the residence of Dustin HIGGS, 13801 Briarwood Drive, #1924, Laurel, MD during the execution of a narcotics search warrant and later transferred to the custody of the FBI in reference to the above-captioned case: (1) DAVIS INDUSTRIES P-380 .380 CAL SEMI-AUTO HANDGUN SN #AP395228;   (2) DAVIS INDUSTRIES MAGAZINE, FIVE ROUNDS OF AMMO.

c. The following weapon was abandoned/forfeited on 05/09/2000 in an unrelated matter and sent to the FBI Lab for disposal. Because it was the same make/model used in the homicides, the firearm was transferred to FBI in Baltimore to be used as a courtroom display ain the above-captioned matter:   SMITH AND WESSON .38 CALIBER REVOLVER W/BARREL AND CYLINDER CUT AWAY AND FIRING PIN REMOVED FOR COURT ROOM DISPLAY PURPOSES SN #J83989.

d. The following items were seized by Prince George's County Police during a traffic stop on 06/04/1997, the individuals arrested during the stop were Mark HENLEY and Willis HAYNES.   The items were transferred to FBI custody to be held in connection with the above-referenced matter:   (1) SIG SAUER P239 9MM SEMI-AUTO HANDGUN, SN #SA-19040;

ASSOCIATED MAGAZINE AND 9MM BULLETS (SIG SAUER MAGAZINE, EIGHT ROUNDS OF AMMO).

3.     Undersigned counsel and the FBI are unaware of any viable claim with respect to the items and given the passage of time, clearly any claim has been abandoned at this point.

4.     Respectfully, the government asks this Court to enter the Destruction Order to allow the FBI to proceed with destruction of the items.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:_____
Sandra Wilkinson
Assistant United States Attorney