# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 16, 2021

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

      **Re:  United States**
          **v. Dustin John Higgs,**
          **No. 20-927 (20A134) (Your docket No. 20-18)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

          Sincerely,

          SCOTT S. HARRIS, Clerk

          By

          Hervé Bocage
          Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 16, 2021

Mr. Matthew C. Lawry, Esq.
Defender Association of Philadelphia
Curtis Center, Suite #545 West
601 Walnut Street
Philadelphia, PA 19106

> Re:  **United States
> v. Dustin John Higgs,
> No. 20-927 (20A134)**

Dear Mr. Lawry:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fourth Circuit.

Sincerely,

SCOTT S. HARRIS, Clerk

By

Herve' Bocage
Judgments/Mandates Clerk

cc: All counsel of record
    Clerk, USCA 4th Cir.
        (Your docket No. 20-18)

# Supreme Court of the United States

No. 20-927 (20A134)

### UNITED STATES,

Petitioner

v.

### DUSTIN JOHN HIGGS

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The December 29, 2020 order of the United States District Court for the District of Maryland is reversed, and the case is remanded to the United States Court of Appeals for the Fourth Circuit with instructions to remand to the District Court for the prompt designation of Indiana under 18 U. S. C. §3596(a).

January 15, 2021

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States