# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | **Crim. No. PJM 98-520** |
| | * | |
| DUSTIN JOHN HIGGS, and | * | |
| WILLIS MARK HAYNES, | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*

## DESTRUCTION OF FIREARMS/AMMUNITION ORDER

Upon Motion of the United States of America, and for good cause shown, it is hereby ORDERED this **16** day of **FEB**, 2021, that the Federal Bureau of Investigation ("FBI") is authorized to destroy or otherwise dispose of the following items in FBI's custody and control in the above-captioned case:

1. ONE HOWARD CY PD EVIDENCE BAG CONTAINING ONE SIG SAUER 45 CALIBER SEMI-AUTOMATIC HANDGUN S/N#G183325

2. ONE HOWARD CY PD EVIDENCE BAG CONTAINING SIX 45 CALIBER BULLETS MARKED "ELD 45 AUTO" AND ONE CASING MARKED "ELD 45 AUTO" (3) ONE HOWARD CY PD EVIDENCE BAG CONTAINING A SIG SAUER 45 CALIBER MAGAZINE, SINGLE STACK (4) ONE "SPEEDWELL" PAPER TARGET USED IN THE TEST FIRE OF ITEM #1

3. ONE DAVIS INDUSTRIES P-380 .380 CAL SEMI-AUTO HANDGUN SN #AP395228;

4. ONE DAVIS INDUSTRIES MAGAZINE, FIVE ROUNDS OF AMMO;

5.   ONE SMITH AND WESSON .38 CALIBER REVOLVER W/BARREL AND
     CYLINDER CUT AWAY AND FIRING PIN REMOVED FOR COURT ROOM
     DISPLAY PURPOSES SN #J83989

6.   SIG SAUER P239 9MM SEMI-AUTO HANDGUN, SN #SA-19040; ASSOCIATED
     MAGAZINE AND 9MM BULLETS (SIG SAUER MAGAZINE, EIGHT ROUNDS
     OF AMMO)


Honorable Peter J. Messitte
United States District Judge

2